IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2005 MAY 16  A 9: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Deloris McGriff_
)
)
)
**Plaintiff**
)
)
v.
)
_John E. Potter_
)
_Postmaster General_
)
_United States Postal Service_
)
**Defendant(s)**
)

1:05 cv 447 - F

## COMPLAINT

1.    Plaintiff resides at _3487 Ed Tolar Rd_

2.    Defendant(s)' name(s) _John E. Potter_

      Location of principal office(s) of the named defendant(s) _Southeast Area agency_

      Nature of defendant(s)' business _Postermaster General (United States Postal Service_

      Approximate number of individuals employed by defendant(s) _Over 700,000_

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4.    The acts complained of in this suit concern:

      1.    ✓ Failure to employ me.
      2.    ____ Termination of my employment.
      3.    ✓ Failure to promote me.
      4.    ____ Other acts as specified below: _____

_____

_____

**SCANNED**
_wf 5/17/05_

1

5.    Plaintiff is:

   A.    _yes_ Presently employed by the defendant.
         _____ Not presently employed by the defendant.  The dates of employment were
         _____. Employment was terminated because:

      (1)    _NO_ Plaintiff was discharged.
      (2)    _NO_ Plaintiff was laid off.
      (3)    _NO_ Plaintiff left job voluntarily.

6.    Defendant(s)' conduct is discriminatory with respect to the following:

   A.    _Yes_ My race.
   B.    _____ My religion.
   C.    _____ My sex.
   D.    _____ My national origin.
   E.    _____ Other, as specified below: _____

   _____

   _____

7.    The name(s), race, sex, and the position or title of the individual(s) who allegedly
      discriminated against me during the period of my employment with the defendant company
      is (are) _Delores McGill, White female Human_
      _Resource Specialist_

8.    The alleged discrimination occurred on or about _June 8, 2004_.

9.    The nature of my complaint, *i.e.*, the manner in which the individual(s) named above
      discriminated against me in terms of the conditions of my employment, is as follows: _____

   _On June 8, 2004_
   _I requested that my Name be removed from the_
   _Montgomery Carrier register, And on 8-26 I recieved a_
   _Call in Notes for Montgomery Carrier position after my_
   _Written request. Ms McGill Never stated that she did or_
   _did not recieve my letter. I wanted my Name removed from the_
   _Montgomery Carrier register because I were trying to get hired at_
   _the Dothan Post office, where I been working temp. Since 1986._
   _Ms McGill stated you cannot be on two hiring worksheets at the same time._

10.   The alleged illegal activity took place at _Montgomery Post office_

   _____

   _____

2

11.   I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _Jan 24, 2005_ . I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _April 25, 2005_

12.   I seek the following relief:

A.   ✓ Recovery of back pay.
B.   ____ Reinstatement to my former job,
and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: _May 13, 2005_

_Delores M Strop_
Signature of Plaintiff
_3487 Ed Solar Rd_
_Ramsey, Al. 36370_
_(334) 899-7270_
Address & Telephone Number of Plaintiff

3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 19848**
**Washington, D.C.  20036**


Deloris McGriff,
Complainant,

v.

John E. Potter,
Postmaster General,
United States Postal Service,
(Southeast Area)
Agency.

Appeal No. 01A52161

Agency No. 4H-350-0162-04

<u>DECISION</u>

Upon review, the Commission finds that complainant's complaint was properly dismissed pursuant to 29 C.F.R. § 1614.107(a)(2), for untimely EEO Counselor contact.  In her complaint, complainant alleged that she was subjected to discrimination on the basis of "disparate treatment[1]" when she became aware that her name was not removed from the Montgomery register pursuant to her written request and her name was not placed on the Dothan hiring worksheet.

The record discloses that the alleged discriminatory event occurred on June 8, 2004, but complainant did not initiate contact with an EEO Counselor until September 24, 2004, which is beyond the forty-five (45) day limitation period.  On appeal, complainant has presented no persuasive arguments or evidence warranting an extension of the time limit for initiating EEO Counselor contact.  Accordingly, the agency's final decision dismissing complainant's complaint is affirmed.

---

[1] On appeal complainant indicated that race was the basis for discrimination, but failed to specify what race.

2                                                                01A52161

## STATEMENT OF RIGHTS - ON APPEAL

### RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1.      The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2.      The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) **within thirty (30) calendar days** of receipt of this decision or **within twenty (20) calendar days** of receipt of another party's timely request for reconsideration. *See* 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. *See* 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. *See* 29 C.F.R. § 1614.604(c).

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision.   If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint.**

3                                                          01A52161

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

APR 2 2 2005
_____
Date

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:**

APR 2 2 2005
_____
Date

*N. Wood*
_____
Equal Opportunity Assistant

APPEALS PROCESSING CENTER

 **UNITED STATES**
**POSTAL SERVICE**

DEC 22 2004

Ms. Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370-3139

### CERTIFICATE OF SERVICE

RE: Deloris McGriff v. John E. Potter,
Postmaster General
Agency No. 4-H-350-0162-04

Dear Ms. McGriff:

This will be the Postal Service's final agency decision on the above-referenced complaint of discrimination filed with the Manager, EEO Complaints Processing, Alabama District, on December 07, 2004. In this complaint, you alleged discrimination when you became aware that your name was not removed from the Montgomery register per your written request; your name was to be placed on the Dothan hiring worksheet.

Pursuant to 29 C.F.R. § 1614.107(a), the agency has the right to dismiss a complaint if a complainant fails to state a claim under Sections 1614.103 or 1614.106(a). Specifically, those sections of the Equal Employment Opportunity Commission (EEOC) Regulations provide for the processing of complaints of discrimination filed with the agency that allegedly discriminated against the complainant when the aggrieved individual alleges discrimination based on factors prohibited by Title VII.

According to the Report of Counseling and your formal complaint, you have not alleged discrimination based on race, color, religion, sex, national origin, age, physical disability, mental disability, or retaliation (prior EEO activity). In order to state a claim, you must specify one of the above purviews. Therefore, Agency Case No. 4-H-350-0162-04 is dismissed for failure to state a claim under 29 C.F.R. § 1614.107(a).

Title 29 C.F.R. § 1614.105(a)(1) requires that a complainant bring the alleged discriminatory act to the attention of the EEO Counselor within 45 days of the date of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action. According to the

Report of Counseling, you contacted the EEO Counselor on September 27, 2004, or 111 days after the incident. As you did not contact the EEO Counselor within the prescribed time limits, your complaint is dismissed as untimely in accordance with EEOC Regulations at § 1614.107(a)(2).

Right To File A Civil Action

If you are dissatisfied with this final agency decision, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of this decision. If you choose to file a civil action, that action should be captioned (Your Name) v. (Head of Agency). You may also request the court to appoint an

attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same 90-day time period for filing the civil action.

Appeal To The EEOC

In lieu of filing a civil action, you may appeal to the Equal Employment Opportunity Commission within 30 calendar days of the date of your receipt of this decision. The appeal must be in writing and filed with the Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, DC 20036-0848, utilizing the enclosed Form 573, Notice of Appeal/Petition to the Equal Employment Opportunity Commission, Office of Federal Operations. Any supporting statement or brief must be submitted, in duplicate, to the EEOC within 30 calendar days of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the EEO Compliance and Appeals Coordinator, Appeals Processing Center, U.S. Postal Service, Memphis, TN 38166-0978. Failure to file within the 30-day period could result in the EEOC's rejection of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

Deloris McGriff                                                          3

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the decision from the Office of Federal Operations. A civil action may also be filed after 180 calendar days of the appeal to the EEOC if you have not received a final decision on the appeal.

Sincerely,

Dino DeSorbo
Manager, EEO Compliance & Appeals

Enclosure

cc:    Manager, EEO Dispute Resolution, Alabama District
       Mr. Earl Dawson, Rep    218 Maple Street  Daleville, AL 36322-2240

HRC42:CShirkey:cds:38166-0978

# Certificate of Service

For timeliness purposes, it will be presumed that this Final Agency Decision was received within five (5) calendar days after it was mailed.  I certify that this Final Agency Decision, Agency No. **4-H-350-0162-04**, was mailed to the following per the date annotated below:

Ms. Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370-3139


Mr. Earl Dawson, Rep
218 Maple Street
Daleville, AL 36322-2240


C. D. Shirkey
Senior EEO Complaints Investigator

Date: DEC 22 2004 _____

HRC42:CShirkey:cds:38166-0978

| 2942 U.S. Postal Service | Case No. |
|---|---|
| **EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | **4H-350-0162-04** |

**NOTICE OF RESTRICTED USAGE**

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

## Complainant

| Name *(Last, First, MI)* | Social Security No. |
|---|---|
| **McGriff, Deloris** | **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** |

Home Address *(No., Street, City, State, ZIP + 4)*
**3487 Ed Tolar Road**
**Pansey, AL 36370-3139**

| Home Telephone No. | Email Address | Office Telephone No. |
|---|---|---|
| **(334) 899-7270** | | **(334) 794-8568** |

| Position Title | Grade Level | Tour | Duty Hours |
|---|---|---|---|
| **Distribution Clerk** | **PS-05** | **1** | **Varies** |

| Off Days *(For Tour I, record off nights)* | Is EEO Poster 72 on Display in Complainant's Facility? |
|---|---|
| **Varies** | ☐ Yes, verified **on** _____ (date)    ☒ Not verified |

| Preference Eligible | Mixed Case | MSPB Appeal Filed? |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No | ☐ Yes  ☒ No  If Yes, Date Filed: |

## Chronology of Informal Process

| Date of Incident | Date of Initial Contact with EEO Office | Date of Initial Interview |
|---|---|---|
| **06/08/04** | **09/27/04** | **10/06/04** |

| REDRESS™ Overview | ADR Election Form Signed | 60 Day Extension Form Signed |
|---|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No  If Yes, Expiration Date: |

| Date Complainant Signed or Received Notice of Right to File: | Date DRS Report Requested | Date DRS Report Submitted |
|---|---|---|
| **12/01/04** | **12/09/04** | **12/13//04** |

## Basis for Alleged Discrimination

Check and Particularize Each that Applies:

☐ 1. Race (Specify):

☐ 2. Color (Specify):

☐ 3. Religion (Specify):

☐ 4. Sex (Specify):

☐ 5. National Origin (Specify):

☐ 6. Age (Specify Date of Birth):

☐ 7. Physical Disability (Specify):

☐ 8. Mental Disability (Specify): I

☐ 9. Retaliation (Specify Cited Prior EEO Activity):

RECEIVED  DEC 17 2004  UPPER PROCESSING CENTER 0005 MEMPHIS TN 38166-9978

Discrimination Claim(s): **The complainant alleged that she was discriminated against on June 8, 2004, when she received information that her name was not removed from the Montgomery, AL carrier's register, per her request.**

Requested Resolution:
**To resolve this complaint, the complainant requested: (a) To be converted to a full time regular employee with seniority and (b) all benefits including retirement.**

### EEO Dispute Resolution Specialist's Checklist.

Please Check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

**Earl Dawson**
Representative's Name:

| Title: **Union Representative** | Telephone No.: |
|---|---|
| Fax No.: | Email Address: |

Mailing Address:  **218 Maple Street**
**Daleville, AL 36322-2240**

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __✔__ / DID NOT _____ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under the Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS _____  HAS NOT _____ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☐ 10. I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

## Dispute Resolution Specialist's Inquiry

The EEO DRS interviewed the complainant on October 6, 2004, via PS 2564-A and by telephone. The complainant alleged that she was discriminated against on June 8, 2004, when she received information that her name was not removed from the Montgomery, AL carrier's register, per her request.

The EEO DRS Interviewed Deloris McGill, Human Resources Specialist, on November 29, 2004, via telephone. Ms. McGill stated that she did not discriminate against the complainant. Ms. McGill stated that she received a call in notice dated June 2, 2004 from the complainant with a check mark by items 1, 2,3: item 1. Remove my name from the register until I notify your office. The office specified as Montgomery, Enterprise and Dothan Carrier; item 2. Retain my name on the register for the types of appointments below  item 3. Career.
Ms. McGill further stated that the complainant indicated that she would be available after August 10, 2004.  Ms. McGill stated that she could not resolve this complaint.

See next page for DRS note

| Date of Mediation<br>10/26/04 | Resolved | Not Resolved<br>X |
| --- | --- | --- |

## Summary of Final Interview

On December 1, 2004, the Counselee was informed that no resolution could be reached relating to his/her allegation of discrimination.  The Counselee was advised of his/her right to file a formal complaint of discrimination.  PS Form 2565, EEO Complaint of Discrimination in the Postal Service, and PS Form 2579-A, Notice of Right to File Individual Complaint were giving to the complainant to execute his further rights.

## Privacy Act Notice

Privacy Act Notice.  The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended.  This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist<br>(No., Street, City, State, and Zip + 4)<br><br>351 24th Street North<br>Birmingham, AL 35203-9411 | Office Address of Manager EEO Compliance & Appeals<br>(No., Street, City, State, and Zip + 4)<br><br>225 North Humphreys Blvd<br>Memphis TN 38166-0978 |
| --- | --- |
| Specialist's Office Telephone No.<br>(205) 521-0264 | Specialist's Office Hours<br>Mon-Fri  08:00 AM – 05:00 PM |
| Signature of EEO Dispute Resolution Specialist<br><br>*Virginia H Files* | Typed Name of EEO Dispute Resolution Specialist<br>Virginia H Files | Date<br><br>12/13/04 |

ALABAMA DISTRICT
EEO

**(Cont)**

**Complainant:  Deloris McGriff**
**Case Number:  4H-350-0162-04**

**DRS Note:**

During pre-complaint counseling, the EEO DRS informed the complainant that she must cite a type of discrimination.  The complainant stated that she did not think this complaint was one of discrimination. The DRS informed the complainant that one of the DRS duties and responsibilities are to process EEO complaints of discrimination.

On the complainant's PS Form 2565, she did not cite a type of discrimination.  The DRS explained to the complainant in detail that she must cite a type of discrimination.  The DRS further informed the complainant that her complaint may not be accepted for investigation for failure to cite a type of discrimination.  The complainant stated that she fully understand the process.

On the complainant's PS Form 2564-A, she stated that her name was taken off the Montgomery carrier's register, however, she stated during pre-complaint counseling by phone that the Responsible Management Official did not take her name off the Montgomery register, per her request.

**Virginia H Files**
**Manager EEO Dispute Resolution**
**Alabama District**

January 18, 2005

Equal Employment Opportunity Commission
ATTN: Office of Federal Operations
P. O. Box 19848
Washington, DC 20036-0848

RE: Deloris McGriff v. John E. Potter
Postmaster General
Agency No. 4-H-350-0162-04

To Whom It May Concern:

My name is Deloris McGriff and I am writing to you in response to the EEO's denial of my discrimination case against the United States Postal Service. I am requesting that a thorough investigation be done as to why it took 18 years for me to receive an interview with the Dothan Post Office. I feel that I should have received one prior to filing my complaint against the USPS. I would appreciate your assistance in resolving this matter.

Sincerely,

Deloris McGriff

January 18, 2005

Equal Employment Opportunity Commission
ATTN:  Office of Federal Operations
P.O. Box 19848
Washington, DC  20036-0848

<div align="center">

RE:  Deloris McGriff v.  John E. Potter
Postmaster General
Agency No.  4-H-350-0162-04

</div>

To Whom It May Concern:

This will be the appellant's supporting statement concerning the Postal Service's final agency decision on the above-referenced complaint of discrimination filed with the Manager, EEO Complaints Processing, Alabama District, on December 07, 2004.

According to EEO Complaint of Discrimination in the Postal Service, (PS Form 2565, March 2001), the complainant did state a claim in section 14 type of Discrimination.  The complainant created a box and blackened it in and wrote beside it Disparate Treatment.  In the case McDonnell Douglas Corp. v. Green (411 U. S. 792 1973) the U. S. Supreme Court set forth how to prove a disparate treatment case under Title VII.  Disparate treatment is considered intentional discrimination, but the complainant need not actually know that unlawful discrimination is the reason for the difference.  We are alleging that Ms. McGriff did not know, nor are we saying that the employer said that race was the reason for their decision.

We are further stating that Ms. McGriff is (i) a member of a racial minority, (ii) has applied and is qualified for the job is which the employer is seeking applicants.

According to Information for Pre-Complaint Counseling, (PS Form 2564-A, March 2001), the Manager EEO Complaint Processing did receive and accept into the system for processing the alleged late complaint.  We consider it to be a moot point to state that the complainant did not contact the EEO Counselor within the prescribed time limits when in fact the Manager EEO stamped the PS Form received on Oct 6, 2004.  It is also a fact that the above mentioned dismissed case went through the mediation process as proven by the stamp of the NO AGREEMENT LETTER stamped received Oct 27, 2004 by the EEO Manager Complaint Processing or someone in her office.

In lieu of filing a civil action at this time we are asking that the case appear before the Equal Employment Opportunity Commission and an independent and thorough investigation be conducted.  Upon conclusion of your investigation we ask that

Ms. McGriff be awarded the following remedies: back pay, front pay, retroactive
seniority, make-whole relief, compensatory damages, and punitive damages. We
want to inform you at this time that Ms. McGriff is thoroughly qualified for the
position she is seeking at the Dothan Post Office. We contend that the Dothan Post
Office will not dispute Ms. McGriff's qualifications and will acknowledge that her
past performance at the Dothan Post Office is above satisfactory. This contention is
based on the fact that Ms. Mc Griff has trained several of the regular and part time
career employees, and has been rehired as a Temporary Employee for over 18
years.

Sincerely,


Earl W. Dawson
**Representative, Union President**

**Enclosure**

cc:    EEO Compliance and Appeals Coordinator, Appeals Processing Center, U.S.
       Postal Service, Memphis, TN 38166-0978
       The Honorable Terry Everett, Member of Congress, 256 Honeysuckle Road,
       Suite 15 Dothan, Al 36305-1168

ALABAMA DISTRICT
EEO



**UNITED STATES**
**POSTAL SERVICE**

October 14, 2004

## CONFIRMATION LETTER (RESCHEDULING)
## TO ALL MEDIATION PARTICIPANTS:

|  |  |
|---|---|
| **COMPLAINANT:** | **Deloris McGriff**<br>**3487 Ed Tolar Rd**<br>**Pansey, AL 36370-3139** |
| **REPRESENTATIVE:** | **Earl Dawson**<br>**c/o Deloris McGriff**<br>**218 Maple Street**<br>**Daleville, AL 36322-2240** |
| **RESPONDENT:** | **Deloris McGill/Human Resources Specialist (HRS)**<br>**6701 Winton Blount Blvd**<br>**Montgomery, AL 36119-9421** |
| **SUBJECT:** | **MEDIATION CONFERENCE FOR EEO CASE NO: 4H-350-0162-04** |

This is to confirm the **rescheduling** of a mediation conference, whereas the complainant alleged that she was discriminated against because on June 8, 2004, when the HRS refused to remove her name from the Montgomery, AL Post Office register and place her name on the Dothan Post Office register.

### THE CONFERENCE WILL BE HELD AT THE USPS FACILITY LOCATED AT:

**Dothan Post Office**
**379 North Oates Street**
**Dothan, AL 36302-9998**
**October 26, 2004**
**8:00 A.M.**

For this mediation, participants designated by the complainant and management are those listed above. **It is the responsibility of the complainant and respondent to inform their representatives of the date, time and place of the scheduled mediation.** If there is a need to substitute one of the above named participants on

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-

FAX:

- 2 -

either side, written notification must be given to the other side at least 24 hours prior to the scheduled mediation conference.

**TO THE COMPLAINANT AND RESPONDENT:  If the mediation hearing is scheduled on your non-schedule workday, please advise this office IMMEDIATELY.**

At my discretion, I may choose to sit in as an observer.  If one side has someone appear who has not been identified at least 24 hours earlier to the other side, that person may participate only if the side not aware of his/her participation permits.  Such notification should be sent directly to the other party by fax or mail so that it is received at least 24 hours ahead of the mediation conference.

Reading and understanding this letter are necessary prerequisites to being fully prepared to sign such an agreement and meaningfully participate in the mediation conference.  **EVERYONE** needs to come to the conference prepared as possible to participate fully in the mediation process, including presenting documentation you feel is necessary to support your position.

It is hoped that each of you will carefully study a copy of this letter and the enclosed materials and discuss its contents with others whom you have been designated to attend the session.  **PLEASE NOTE THAT ONLY THE COMPLAINANT AND RESPONDENT NOTED ON PAGE 1 ARE RECEIVING THIS CONFIRMATION LETTER AND IT IS IMPORTANT THAT ALL PERSONS WHO ARE PARTICIPATING IN THE MEDIATION WILL BE ASKED TO SIGN AN AGREEMENT TO MEDIATE.**  This is not a legal proceeding and the rules of evidence do not apply.

Confidentiality is a critical part of the process and will not be compromised by any mediator, even if both parties desire for the mediator to testify in the future.  As further protection of confidentiality, tape recording is not allowed.  Mediation is a settlement process and it is the policy of the Justice Center of Atlanta that the parties understand and agree to the fact that if the dispute does or does not settle and ultimately goes to any administrative or judicial proceeding, neither the mediator nor his/her notes or records will be subpoenaed by either party.  The mediator must have this assurance in written contract form in order to offer the mediation services.

In addition to the contractual basis for the confidentiality under which the program operates, Federal Rule of Evidence (F.R.E.) 408 gives added protection to those cases, like this one, that would come under the jurisdiction of the federal courts.  **YOU AND YOUR REPRESENTATIVE** should understand that while candor and openness are encouraged in mediation, it is up to each of you to decide what to say

- 3 -

and what types of evidence each may wish to bring and present at the conference. The trust of F.R.E. 408 that is important for you to understand is that the mediator will not willingly testify about anything he/she hears or observes about any issue, any offer, or the behavior of any participant in the conference.

However, the ability of the parties to keep evidence shared in a mediation conference confidential is narrowed to those matters that are unique to the mediation conference discussion and not otherwise discoverable. In other words, by simply sharing a document or presenting evidence that is, under the rules, discoverable outside the conference, an opposing party would not, we believe, be able to successfully bar the admission of that otherwise discoverable evidence in a judicial forum. Please discuss this area with your representatives in advance so that they will have a better understanding of why confidentiality and candor are so important in this process.

The mediator will be looking forward to working with you to attempt to resolve this dispute to your mutual satisfaction.

If any of the parties have any questions or concerns, please contact me at:

Phone: (205) 521-0419
  Fax: (205) 521-0473


Virginia H. Files
Manager EEO
Alabama District

3

U.S. Postal Service

# Information for Pre-Complaint Counseling

| Certified Mail No. | Date Mail | *or* Hand Delivered On |
|---|---|---|
| By *(Initials)* | Case No. $4H-350-0162-04$ | |

On __9/27/2004__ _CC_, you requested an appointment with a Dispute Resolution Specialist.
Month, Day, Year

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This is only notification that you will receive regarding the necessity for you to complete this form.

## A. Requester Information

Name *(Last, First, MI)*
McGriff, Deloris

Social Security No. $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$

Home Telephone No. (334) 899-7270

Your Mailing Address
3487 Ed Tolar Rd Pansey, AL 36370

Name of Postal Facility Where You Work
Dothan Post Office

Office Telephone No. (334) 793-8568

Address of Postal Facility
279 N. Oates St. Dothan, AL 36301

Email Address *
NO

Employment Status *(Check One)*
☐ Applicant  ☐ Casual  ☑ PTE  ☐ Career

Position Title
Distribution Clerk

Grade Level
05

Pay Location
100

Tour
1

Duty Hours
4-8 hrs Per Day

Off Days *(If Tour I, Show Nights Off)*
Sat. Night off

Time in Current Position
17 Years  10 Months

Your Supervisor's Name
Paul Driggers / Karry Tony

Supervisor's Title
Clerk Supervisors

Supervisor's Telephone No. (334) 792-1855

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

## B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation* (actions based on your participation in prior EEO activity). These categories are referred to on this form as Discrimination Factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

RECEIVED
OCT - 6 2004
MGR EEO
COMPLAINT PROCESSING

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity.   Case No.: _____.
   Month, Day, Year

2. On _____, I engaged in EEO activity.   Case No.: _____.
   Month, Day, Year

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On __June 8__, 20__04__
   Month, Day   Year

My Name were taken off the montgomery Carrier register and
on 8-26 I recieved a Call in Notes for a carrier position after
my Name were taken off the register. I spoke to Jo Mariano
Concerning this matter, she said I should talk to ms. McGill.
I called ms. McGill on 8-30 about this matter, she said my
Name were taken off the montgomery register, I ask ms. McGill
were I on the Dothan hiring worksheet, she said she could Not
give me that information. - See Attachment -

PS Form **2564-A**, March 2001 *(Page 1 of 3)*

*3*

I was only trying to get my name on Dothan's hiring worksheet because my name kept coming up on Montgomery's hiring worksheet at the same time Dothan was hiring. Ms. McGill said you can't be on two hiring worksheets at the same time, which I don't understand why when you have the option of three choices of employment. I have bee with the Postal Service for seventeen years and I do not understand why I am not hired as a career employee. Also, I don't understand how Lisa Spencer was hired, what hiring worksheet was she hired from as a non-veteran? I would like to have a through investigation in my behalf for the seventeen years in service.

Also, it is my understanding that on 6-9-04 EEO Officials entered the Dothan Post Office between 6:45 and 7:00 a.m. with a prompt investigation on my behalf. Can you confirm this?

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____    _____
   *(Name of Employee)*                 *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

   _____

2. _____    _____
   *(Name of Employee)*                 *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

   _____

3. _____    _____
   *(Name of Employee)*                 *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

   _____

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name | b. Title |
|---|---|
| Deloris McGill | Human Resource Spec. |

| c. Office | d. Grade Level |
|---|---|
| Montgomery Post office | UNKNOWN |

| 2a. Name | b. Title |
|---|---|
| Larry Simmons / Linda Griffin / Karry Tony | Supervisor / Postmaster / Customer service / 204-B |

| c. Office | d. Grade Level |
|---|---|
| Dathan Post office | UNKNOWN |

*Retaliation Allegations Only:* Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☐ Yes   ☒ No   If yes, explain how the official(s) became aware:

_____

_____

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

Seeking career employment with all benefits, Back Pay, and regular with seniority date in service.

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?   ☒ No   ☐ Yes   If yes, _____    _____
                                                                *(Date)*        *(Current Step)*

2. Filed an MSPB appeal on this issue?   ☒ No   ☐ Yes   If yes, _____
                                                                  *(Date Appeal Filed)*

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?    ☐ No    ☑ Yes

## I. Representation

You have the right to retain representation of your choice. *(Check One)*

☐ I waive the right to representation at this time.    ☑ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title |
|---|---|
| *Earl Dawson* | *Shop Steward* |

| Organization | Telephone No. | Email Address * |
|---|---|---|
| *Union Official* | *(334) 598-8134* | *NO* |

Mailing Address *(Street or P.O. Box, City, State and ZIP + 4)*
*218 Maple St. Daleville, AL. 36322*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling*, I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please Print Your Name Here
*Deloris McGriff*

Your Signature
*Deloris McGriff*

Date Signed
*10/3/04*

**Please Return This Form to:**

**EEO OFFICE**
**351 24TH STREET NORTH**
**BIRMINGHAM, AL 35203-9411**

June 8, 2004
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

Dear Ms. McGill:

I am writing in request that my named be removed from the register for the following names that are listed below, until I notify your office at a later date.

Thank you,

Deloris McGriff

Montgomery Carrier
Montgomery Clerk
Dothan Carrier
Enterprise Clerk
Enterprise Carrier

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. P.S.
6701 Winton Blount Blvd.
Montgomery Al.
36119-9994

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Robertson, M.
B. Date of Delivery   6-9-04

C. Signature
X   □ Agent   □ Addressee

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

July 8, 2004
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

Dear Ms. McGill:

I am writing in request that my name be extended on the clerk register for Dothan a third year. Also I would like to know if my name is on the hiring register for Dothan?

Thank you

Deloris McGriff

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Robert Smith   B. Date of Delivery JUL - 9 2004 <br> C. Signature X Robert Smith   ☐ Agent   ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br> US Postal Service <br> 6701 Winton Blount <br> Montgomery Al <br> 36119 | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7002 0860 0000 7538 7380 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

UNITED STATES POSTAL SERVICE
INDIVIDUAL APPLICANT RANKING REPORT

MONTGOMERY POST OFFICE          AL                          DATE: 01/20/94
6701 WINTON BLOUNT BLVD                        REGISTER: FLAT SORTER MACHINE OPERATOR.
MONTGOMERY AL 36119-9994                        RATING: 88.90
                                     INSTALLATION NAME: MONTGOMERY POST OFFICE
                                                    ID: 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

              DELORIS MCGRIFF
              RR 1 BOX 143
              PANSEY AL 36370-9041

AS REQUESTED, YOUR RANKING ON THE ABOVE NAMED  REGISTER IS LISTED BELOW. RANKING
SHOWN IS OF THE DATE OF THIS NOTICE. IF ELIGIBILITY IS FOR AN AER REGISTER, YOUR
RANKING FOR EACH SELECTED OFFICE FOR WHICH YOU ARE STILL ACTIVE IS INDICATED.

POST OFFICE                                              RANKING
-----------                                             -------

01 MONTGOMERY POST OFFICE              AL                  142

GENERAL MANAGER / POSTMASTER

*Register expired in May of 92*

## UNITED STATES POSTAL SERVICE
## INDIVIDUAL APPLICANT RANKING REPORT

MOBILE MGT SEC CTR            AL

DOTHAN AL 36301-9998

DATE: 07/14/90
REGISTER: CLERK
RATING:  85.50
INSTALLATION NAME: DOTHAN POST OFFICE


DELORIS        MCGRIFF
ROUTE 1 BOX 143
PANSEY                          AL   36370-0000

--                                              --



AS REQUESTED, YOUR RANKING ON THE ABOVE NAMED  REGISTER IS LISTED BELOW. RANKING
SHOWN IS OF THE DATE OF THIS NOTICE. IF ELIGIBILITY IS FOR AN AFR REGISTER, YOUR
RANKING FOR EACH SELECTED OFFICE FOR WHICH YOU ARE STILL ACTIVE IS INDICATED.

| POST OFFICE | | RANKING |
| --- | --- | --- |
| 09 DOTHAN POST OFFICE | AL | 245 |
| 06 COLUMBIA POST OFFICE | AL | 15 |
| 01 ABBEVILLE POST OFFICE | AL | 10 |

GENERAL MANAGER / POSTMASTER

ALABAMA CUST SVC DISTRICT
ADMINISTRATIVE OFFICE
U S POSTAL SERVICE
351 24TH ST N
BIRMINGHAM AL 35203-9421



**UNITED STATES
POSTAL SERVICE**

Date Issued: October 21, 2002
**KEEP THIS OFFICIAL RECORD**

## NOTICE OF RATING
## ELIGIBLE

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

This is a record of your participation in the following examination:

### DISTRIBUTION/DELIVERY POSITIONS

Date of Examination: 09-30-2002
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960
Offices Selected: 10 DOTHAN POST OFFICE
                 13 ENTERPRISE POST OFFICE
                 27 MONTGOMERY POST OFFICE

Basic Rating: 89.80
Veteran Points: Not Applicable
Final Rating: 89.80
Entered on Register: 10-10-2002
Expiration Date: 10-09-2004
Register:
     CLERK
     CARRIER
     FLAT SORTER MACHINE OPERATOR

Your name is now on the register for the installation or office(s) shown on this notice.

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 04-12-2004 but before 10-09-2004 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice.  Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

**Please include the following information when corresponding with the examination center:**

Applicant Name: DELORIS MCGRIFF
Examination Center: ALABAMA CUST SVC DISTRICT
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: CLERK
           CARRIER
           FLAT SORTER MACHINE OPERATOR

**PS FORM 5912-D, AUG 1995**

ALABAMA CUST SVC DISTRICT
ADMINISTRATIVE OFFICE
U S POSTAL SERVICE
351 24TH ST N
BIRMINGHAM AL 35203-9421



UNITED STATES
POSTAL SERVICE

Date Issued: June 2, 2000
**KEEP THIS OFFICIAL RECORD**

**NOTICE OF RATING
ELIGIBLE**

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

This is a record of your participation in the following examination:

**DISTRIBUTION/DELIVERY POSITIONS**

Date of Examination: 05-24-2000
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960
Offices Selected: 08 DALEVILLE POST OFFICE
                  10 DOTHAN POST OFFICE
                  27 MONTGOMERY POST OFFICE

Basic Rating: 85.20
Veteran Points: Not Applicable
**Final Rating: 85.20**
**Entered on Register: 06-02-2000**
**Expiration Date: 06-02-2002**
**Register:**
    **MAIL PROCESSOR**

Your name is now on the register for the installation or office(s) shown on this notice.

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 12-04-2001 but before 06-02-2002 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice.  Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

**Please include the following information when corresponding with the examination center:**

Applicant Name: DELORIS MCGRIFF
Examination Center: ALABAMA CUST SVC DISTRICT
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: MAIL PROCESSOR

**PS FORM 5912-D, AUG 1995**

ALABAMA CUST SVC DISTRICT
ADMINISTRATIVE OFFICE
U S POSTAL SERVICE
351 24TH ST N
BIRMINGHAM AL 35203-9421



**UNITED STATES
POSTAL SERVICE**

Date Issued: June 2, 2000
**KEEP THIS OFFICIAL RECORD**

**NOTICE OF RATING
ELIGIBLE**

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

This is a record of your participation in the following examination:

### DISTRIBUTION/DELIVERY POSITIONS

Date of Examination: 05-24-2000
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960
Offices Selected: 08 DALEVILLE POST OFFICE
        10 DOTHAN POST OFFICE
        27 MONTGOMERY POST OFFICE

Basic Rating: 83.20
Veteran Points: Not Applicable
Final Rating: 83.20
Entered on Register: 06-02-2000
Expiration Date: 06-02-2002
Register:
   **CLERK**
   **FLAT SORTER MACHINE OPERATOR**

Your name is now on the register for the installation or office(s) shown on this notice.

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 12-04-2001 but before 06-02-2002 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice. Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

**Please include the following information when corresponding with the examination center:**

Applicant Name: DELORIS MCGRIFF
Examination Center: ALABAMA CUST SVC DISTRICT
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: CLERK
         FLAT SORTER MACHINE OPERATOR

ALABAMA CUST SVC DISTRICT
ADMINISTRATIVE OFFICE
U S POSTAL SERVICE
351 24TH ST N
BIRMINGHAM AL 35203-9421



UNITED STATES
POSTAL SERVICE

Date Issued: July 10, 1997
**KEEP THIS OFFICIAL RECORD**

### NOTICE OF RATING
### ELIGIBLE

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

This is a record of your participation in the following examination:

### DISTRIBUTION/DELIVERY POSITIONS

Date of Examination: 06-19-1997
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960
Offices Selected: 08 DALEVILLE POST OFFICE
                  10 DOTHAN POST OFFICE
                  13 ENTERPRISE POST OFFICE

Basic Rating: 84.50
Veteran Points: Not Applicable
Final Rating: 84.50
**Entered on Register: 07-01-1997**
**Expiration Date: 07-01-1999**
Register:
   **CLERK**

Your name is now on the register for the installation or office(s) shown on this notice.

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 01-02-1999 but before 07-01-1999 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice.  Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

**Please include the following information when corresponding with the examination center:**

Applicant Name: DELORIS MCGRIFF
Examination Center: ALABAMA CUST SVC DISTRICT
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: CLERK

ALABAMA CUST SVC DISTRICT
ADMINISTRATIVE OFFICE
U S POSTAL SERVICE
351 24TH ST N
BIRMINGHAM AL 35203-9421



UNITED STATES
POSTAL SERVICE

Date Issued: February 25, 1997
**KEEP THIS OFFICIAL RECORD**

### NOTICE OF RATING
### ELIGIBLE

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

This is a record of your participation in the following examination:

### DISTRIBUTION/DELIVERY POSITIONS

Date of Examination: 01-28-1997
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960
Offices Selected: 10 DOTHAN POST OFFICE

Basic Rating: 80.40
Veteran Points: Not Applicable
**Final Rating: 80.40**
**Entered on Register: 02-12-1997**
**Expiration Date: 02-12-1999**
Register:
    CLERK

Your name is now on the register for the installation or office(s) shown on this notice.

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 08-16-1998 but before 02-12-1999 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice.  Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

**Please include the following information when corresponding with the examination center:**

Applicant Name: DELORIS MCGRIFF
Examination Center: ALABAMA CUST SVC DISTRICT
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: CLERK

MONTGOMERY POST OFFICE
EXAMINATION CENTER
U S POSTAL SERVICE
6701 WINTON BLOUNT BLVD
MONTGOMERY AL 36119-9411



UNITED STATES
POSTAL SERVICE

Date Issued: December 30, 1993
KEEP THIS OFFICIAL RECORD

## NOTICE OF RATING
## ELIGIBLE

DELORIS MCGRIFF
RR 1 BOX 143
PANSEY AL 36370-9041

This is a record of your participation in the following examination:

### DISTRIBUTION CLERK, MACHINE

Date of Examination: 12-17-1993
Type of Examination: Entrance
Installation: MONTGOMERY POST OFFICE
Applicant ID: 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
Date of Birth: 01-06-1960

Basic Rating: 88.90
Veteran Points: Not Applicable
Final Rating: 88.90
Entered on Register: 12-30-1993
Expiration Date: 12-30-1995
Register:
    DISTRIBUTION CLERK, MACHINE.
    FLAT SORTER MACHINE OPERATOR.

Your name is now on the register for the installation or area office(s) shown on this notice

If claiming veteran preference, you must present proof of preference when requested by the appointing officer.

If you wish to extend your eligibility on the register for a third year, you may write the examination center after 07-03-1995 but before 12-30-1995 to do so.

It is your responsibility to direct any inquiries, changes, or corrections, in writing, to the examination center identified at the top of this notice.  Failure to keep the examination center informed of any changes or failure to respond to official correspondence, could jeopardize your position on the register.

Please include the following information when corresponding with the examination center:

Applicant Name: DELORIS MCGRIFF
Examination Center: MONTGOMERY POST OFFICE
Installation: MONTGOMERY POST OFFICE

Applicant ID: 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
Register: DISTRIBUTION CLERK, MACHINE.
    FLAT SORTER MACHINE OPERATOR.

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994                    ELIGIBLE ID:  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
   TELEPHONE:  (334) 244-7553                                    RATING:  89.80
NOTICE DATE:  08-26-04                         VETERANS PREFERENCE:
   HWS NO:    04-00485 HWS DATE:  08-25-04


       DELORIS MCGRIFF
       3487 ED TOLAR RD
       PANSEY AL 36370-3139


YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION.  WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

       CARRIER (CITY)              PART-TIME FLEXIBLE
       Q      05, STEP 00.     $.00 PER HOUR.
       PAY RATE $17.17 PER HOUR.BRING DD 214, VA PREFERENCE
       LTR DATED W/IN 12MOS & RATING DECISION.  ALL BRING
       LICENSE & SOC SECURITY CARD OR BIRTH CERTIFICATE.
       YOU MUST HAVE A GOOD DRIVING RECORD.  YOU WILL NOT
       BE INTERVIEWED WITHOUT PROPER DOCUMENTATION.

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

       REPORT FOR INTERVIEW:  09-02-04  AT 09:00 AM
       REPORT TO:  ROOM 163 GENERAL MAIL FACILITY
                   6701 WINTON BLOUNT BLVD
                   MONTGOMERY AL 36119-9994
                   PARK IN EMPLOYEE PARKING LOT


BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.


DELORES MCGILL
HUMAN RESOURCE SPEC

*Dothan interview for clerk position*
*on 9/3/04*

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
  TELEPHONE:  (334) 244-7548
NOTICE DATE:  02-11-04
  HWS NO:    04-00091 HWS DATE:  02-10-04

ELIGIBLE ID:  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
    RATING:   89.80
VETERANS PREFERENCE:

          DELORIS MCGRIFF
          3487 ED TOLAR RD
          PANSEY AL 36370-3139

YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION.  WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

     CARRIER (CITY)          PART-TIME FLEXIBLE
     Q      01, STEP A,  $17.07 PER HOUR.
     BRING COPY OF STATE DRIVING RECORD FROM DEPT OF PUBLIC
     SAFETY FOR ALL STATES FOR PAST 5 YRS. MILITARY BRING DD214
     COPY 4/DISABLED BRING CIVIL SVC PREF LETR & VA RATING DECI
     SION.BRING DRIVERS LICENSE & SOCIAL SECURITY CARD.NOT INTER-
     VIEWED WITHOUT DOCUMENTS. REQUIRES GOOD DRIVING RECORD.

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

     REPORT FOR INTERVIEW:  02-25-04   AT 08:00 AM   *See enclosed correction*
     REPORT TO:  US POSTAL SERVICE      (PARK IN EMPLOYEE PARKING LOT AT
                 ROOM 163               EAST END OF BUILDING.SOMEONE WILL
                 6701 WINTON BLOUNT BLVD  LET YOU THROUGH THE DOOR.PROCEED
                 MONTGOMERY AL 36119-9994  STRAIGHT DOWN HALL TO ROOM 163)

BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.

ALFREDA WINSTON
POSTMASTER

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
  TELEPHONE:  (334) 244-7548
NOTICE DATE: 02-11-04
  HWS NO:    04-00091 HWS DATE:  02-10-04

ELIGIBLE ID:  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
    RATING:    89.80
VETERANS PREFERENCE:

        DELORIS MCGRIFF
        3487 ED TOLAR RD
        PANSEY AL 36370-3139

***** DECLINATION STATEMENT. IF YOU WISH TO DECLINE THIS APPOINTMENT, COMPLETE THE DECLINATION STATEMENT
BELOW AND RETURN THIS PAGE TO THE POST OFFICE BY 02-25-04.

IF YOU DO NOT INDICATE YOUR AVAILABILITY FOR THIS APPOINTMENT, YOUR NAME WILL BE REMOVED FROM THE LIST OF
ELIGIBLES FOR THE FOLLOWING REGISTERS:

| OFFICE | REGISTER | OFFICE | REGISTER |
|--------|----------|--------|----------|
| MONTGOMERY POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CLERK | | |
| DOTHAN POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CARRIER | | |
| DOTHAN POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | FLAT SRTER MACH OPR | | |

YOUR NAME WILL BE RESTORED TO THE REGISTER UPON RECEIPT OF YOUR WRITTEN REQUEST IF THE REGISTER IS STILL IN
USE AND YOUR ELIGIBILITY IS CURRENT.

I AM NOT AVAILABLE FOR THE ABOVE APPOINTMENT FOR THE FOLLOWING REASON: *Montgomery & Enterprise carrier*

  MY FUTURE AVAILABILITY IS SHOWN BELOW:

  (✓) REMOVE MY NAME FROM THE REGISTER UNTIL I NOTIFY YOUR OFFICE. *Montgomery & Enterprise Carrier*

  ( ) RETAIN MY NAME ON THE REGISTER FOR THE TYPES OF APPOINTMENTS BELOW:

        (✓) CAREER    ( ) CASUAL    (NOT TO EXCEED 89 DAYS)

        (✓) I WILL BE AVAILABLE AFTER *4-30-04* (DATE MUST BE GIVEN TO KEEP ELIGIBILITY ACTIVE)

| DATE | ADDRESS (IF DIFFERENT FROM ABOVE) | SIGNATURE |
|------|-----------------------------------|-----------|
| 2/18/04 | | *Deloris McGriff* |

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
   TELEPHONE:  (334) 244-7548
NOTICE DATE:  02-10-04
   HWS NO:    04-00091 HWS DATE:  02-10-04

ELIGIBLE ID:  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
       RATING:   89.80
VETERANS PREFERENCE:

        DELORIS MCGRIFF
        3487 ED TOLAR RD
        PANSEY AL 36370-3139

YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION.  WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

        CARRIER (CITY)            PART-TIME FLEXIBLE
        Q      01, STEP A,    $17.07 PER HOUR.
        BRING COPY OF STATE DRIVING RECORD FROM DEPT OF PUBLIC
        SAFETY FOR ALL STATES FOR PAST 5 YRS. MILITARY BRING DD214
        COPY 4/DISABLED BRING CIVIL SVC PREF LETR & VA RATING DECI
        SION.BRING DRIVERS LICENSE & SOCIAL SECURITY CARD.NOT INTER-
        VIEWED WITHOUT DOCUMENTS..REQUIRES GOOD DRIVING RECORD.

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

        REPORT FOR INTERVIEW:  02-17-04   AT 08:00 AM
        REPORT TO:  US POSTAL SERVICE        (PARK IN EMPLOYEE PARKING LOT AT
                    ROOM 163                 EAST END OF BUILDING.SOMEONE WILL
                    6701 WINTON BLOUNT BLVD  LET YOU THROUGH THE DOOR.PROCEED
                    MONTGOMERY AL 36119-9994 STRAIGHT DOWN HALL TO ROOM 163)

BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.

ALFREDA WINSTON
POSTMASTER

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994                    ELIGIBLE ID:  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
  TELEPHONE:  (334) 244-7548                                   RATING:   89.80
NOTICE DATE:  02-10-04                         VETERANS PREFERENCE:
    HWS NO:    04-00091 HWS DATE:  02-10-04


        DELORIS MCGRIFF
        3487 ED TOLAR RD
        PANSEY AL 36370-3139


***** DECLINATION STATEMENT. IF YOU WISH TO DECLINE THIS APPOINTMENT, COMPLETE THE DECLINATION STATEMENT
BELOW AND RETURN THIS PAGE TO THE POST OFFICE BY 02-17-04.

IF YOU DO NOT INDICATE YOUR AVAILABILITY FOR THIS APPOINTMENT, YOUR NAME WILL BE REMOVED FROM THE LIST OF
ELIGIBLES FOR THE FOLLOWING REGISTERS:

| OFFICE | REGISTER | OFFICE | REGISTER |
|---|---|---|---|
| MONTGOMERY POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CLERK | | |
| DOTHAN POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CARRIER | | |
| DOTHAN POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | FLAT SRTER MACH OPR | | |


YOUR NAME WILL BE RESTORED TO THE REGISTER UPON RECEIPT OF YOUR WRITTEN REQUEST IF THE REGISTER IS STILL IN
USE AND YOUR ELIGIBILITY IS CURRENT.

I AM NOT AVAILABLE FOR THE ABOVE APPOINTMENT FOR THE FOLLOWING REASON:

    MY FUTURE AVAILABILITY IS SHOWN BELOW:

    ( )  REMOVE MY NAME FROM THE REGISTER UNTIL I NOTIFY YOUR OFFICE.

    ( )  RETAIN MY NAME ON THE REGISTER FOR THE TYPES OF APPOINTMENTS BELOW:

        ( ) CAREER     ( ) CASUAL    (NOT TO EXCEED 89 DAYS)

        ( ) I WILL BE AVAILABLE AFTER_____(DATE MUST BE GIVEN TO KEEP ELIGIBILITY ACTIVE)


| DATE | ADDRESS (IF DIFFERENT FROM ABOVE) | SIGNATURE |
|---|---|---|
| | | |
| | | |
| | | |

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
    TELEPHONE:  (334) 215-0098
NOTICE DATE:  04-20-04
    HWS NO:    04-00234 HWS DATE:  04-16-04

ELIGIBLE ID:  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
    RATING:    89.80
VETERANS PREFERENCE:

            DELORIS MCGRIFF
            3487 ED TOLAR RD
            PANSEY AL 36370-3139


YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION.  WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

        SALES,SVCS/DISTRIBUTION ASSOC  PART-TIME FLEXIBLE
        P      05, STEP  A,   $16.13 PER HOUR.
        VETS MUST BRING MEMBER-4 COPY OF DD214 FOR ALL DATES OF SVC.
        10PT VETS MUST ALSO BRING VA AWARD LETTER DATED WITHIN LAST
        12 MONTHS & RATING DECISION. ALL MUST BRING VALID GOV'T
        ISSUED PICTURE ID & SOCIAL SECURITY CARD OR BIRTH CERTFCATE
        YOU MUST HAVE THE REQUIRED DOCUMENTS TO BE INTERVIEWED.

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

        REPORT FOR INTERVIEW:  04-27-04   AT 10:00 AM
        REPORT TO:  PIKE ROAD POST OFFICE
                    1320 PIKE ROAD
                    PIKE ROAD AL 36064-9998
                    POSITION FOR PIKE ROAD POST OFFICE


BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.


PAM RICH
POSTMASTER

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
  TELEPHONE:  (334) 215-0098
NOTICE DATE:  04-20-04
    HWS NO:    04-00234 HWS DATE:  04-16-04

ELIGIBLE ID:  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
     RATING:  89.80
VETERANS PREFERENCE:

          DELORIS MCGRIFF
          3487 ED TOLAR RD
          PANSEY AL 36370-3139

***** DECLINATION STATEMENT. IF YOU WISH TO DECLINE THIS APPOINTMENT, COMPLETE THE DECLINATION STATEMENT
BELOW AND RETURN THIS PAGE TO THE POST OFFICE BY 04-27-04.

IF YOU DO NOT INDICATE YOUR AVAILABILITY FOR THIS APPOINTMENT, YOUR NAME WILL BE REMOVED FROM THE LIST OF
ELIGIBLES FOR THE FOLLOWING REGISTERS:

| OFFICE | REGISTER | OFFICE | REGISTER |
|---|---|---|---|
| MONTGOMERY POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CLERK | | |
| DOTHAN POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CARRIER | | |
| DOTHAN POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | FLAT SRTER MACH OPR | | |

YOUR NAME WILL BE RESTORED TO THE REGISTER UPON RECEIPT OF YOUR WRITTEN REQUEST IF THE REGISTER IS STILL IN
USE AND YOUR ELIGIBILITY IS CURRENT.

I AM NOT AVAILABLE FOR THE ABOVE APPOINTMENT FOR THE FOLLOWING REASON:

    MY FUTURE AVAILABILITY IS SHOWN BELOW:                    *Enterprise Clerk (Only)*

    (L) REMOVE MY NAME FROM THE REGISTER UNTIL I NOTIFY YOUR OFFICE.  *Montgomery Clerk (Only)*

    ( ) RETAIN MY NAME ON THE REGISTER FOR THE TYPES OF APPOINTMENTS BELOW:

        ( ) CAREER      ( ) CASUAL    (NOT TO EXCEED 89 DAYS)

        ( ) I WILL BE AVAILABLE AFTER *9-30-04* (DATE MUST BE GIVEN TO KEEP ELIGIBILITY ACTIVE)

| DATE | ADDRESS (IF DIFFERENT FROM ABOVE) | SIGNATURE |
|---|---|---|
| 4-22-04 | | *Deloris McGriff* |

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
  TELEPHONE:  (334) 244-7553
NOTICE DATE:  06-02-04
  HWS NO:    04-00329 HWS DATE:  05-27-04

ELIGIBLE ID:  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
      RATING:    89.80
VETERANS PREFERENCE:

DELORIS MCGRIFF
3487 ED TOLAR RD
PANSEY AL 36370-3139

YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION.  WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

    CARRIER (CITY)            PART-TIME FLEXIBLE
    Q      01, STEP  A,    $17.17 PER HOUR.
    BRING THE FOLLOWING WITH YOU TO THE INTERVIEW
    SOCIAL SECURITY CARD, DRIVERS LICENSE AND COPY OF
    STATE DRIVING ABSTRACT OBTAINED FROM THE DEPT OF
    PUBLIC SAFETY. IF MILITARY - BRING DD 214

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

    REPORT FOR INTERVIEW: 06-10-04  AT 10:30 AM
    REPORT TO:  ROOM 163, GENERAL MAIL FACILITY
        6701 WINTON BLOUNT BLVD
        MONTGOMERY AL 36119-9994
        PARK IN FENCED EMPLOYEE PARKING LOT
        AND ENTER BUILDING THROUGH DOUBLE DOORS

BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.

DELORES MCGILL
HUMAN RESOURCE SPECIALIST

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

MONTGOMERY POST OFFICE AL 36119-9994
  TELEPHONE: (334) 244-7553
NOTICE DATE: 06-02-04
  HWS NO:   04-00329 HWS DATE:  05-27-04

ELIGIBLE ID:  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
      RATING:  89.80
VETERANS PREFERENCE:


      DELORIS MCGRIFF
      3487 ED TOLAR RD
      PANSEY AL 36370-3139


***** DECLINATION STATEMENT. IF YOU WISH TO DECLINE THIS APPOINTMENT, COMPLETE THE DECLINATION STATEMENT
BELOW AND RETURN THIS PAGE TO THE POST OFFICE BY 06-10-04.

IF YOU DO NOT INDICATE YOUR AVAILABILITY FOR THIS APPOINTMENT, YOUR NAME WILL BE REMOVED FROM THE LIST OF
ELIGIBLES FOR THE FOLLOWING REGISTERS:

| OFFICE | REGISTER | OFFICE | REGISTER |
|---|---|---|---|
| MONTGOMERY POST OFFICE | CARRIER | | |
| ENTERPRISE POST OFFICE | CLERK | | |
| DOTHAN POST OFFICE | CLERK | | |
| ENTERPRISE POST OFFICE | CARRIER | | |
| DOTHAN POST OFFICE | CARRIER | | |
| MONTGOMERY POST OFFICE | FLAT SRTER MACH OPR | | |


YOUR NAME WILL BE RESTORED TO THE REGISTER UPON RECEIPT OF YOUR WRITTEN REQUEST IF THE REGISTER IS STILL IN
USE AND YOUR ELIGIBILITY IS CURRENT.

I AM NOT AVAILABLE FOR THE ABOVE APPOINTMENT FOR THE FOLLOWING REASON:

   MY FUTURE AVAILABILITY IS SHOWN BELOW:

   (✓) REMOVE MY NAME FROM THE REGISTER UNTIL I NOTIFY YOUR OFFICE.

   (✓) RETAIN MY NAME ON THE REGISTER FOR THE TYPES OF APPOINTMENTS BELOW: *Montgomery + Enterprise +*
                                                                              *Dothan Carrier (Register)*

      (✓) CAREER    ( ) CASUAL   (NOT TO EXCEED 89 DAYS)

      ( ) I WILL BE AVAILABLE AFTER *8-10-04* DATE MUST BE GIVEN TO KEEP ELIGIBILITY ACTIVE)


| DATE | ADDRESS (IF DIFFERENT FROM ABOVE) | SIGNATURE |
|---|---|---|
| 6-8-04 | | *Deloris McGriff* |


*Note: Please take my name off the register for*
*Enterprise (Clerk).*


**UNITED STATES POSTAL SERVICE**

| 01 | EFFECTIVE DATE | | | | 02 | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| | 07-21-2003 | | **Notification of Personnel Action** | | | 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 |

## EMPLOYEE INFORMATION

| | | |
|---|---|---|
| 03 | EMPLOYEE NAME-LAST | MCGRIFF |
| 04 | EMPLOYEE NAME-FIRST | DELORIS |
| 05 | EMPLOYEE NAME-MIDDLE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3487 ED TOLAR RD |
| 07 | MAILING ADDRESS-CITY | PANSEY |
| 08 | MAILING ADDRESS-STATE | AL |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-3139 |
| 10 | DATE OF BIRTH | 01-06-1960 |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | MINORITY | E - WHITE, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 07-21-2003 |
| 16 | ENTER ON DUTY DATE | 07-21-2003 |
| 17 | RETIREMENT COMP DATE | |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE |
| 20 | TSP SERVICE COMP DATE | |
| 21 | PRIOR CSRS SERVICE | |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 2 - FICA |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | A0 - Ineligible |
| 31 | SPECIAL BENEFITS | |

## POSITION INFORMATION

| | | |
|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 01-2490 |
| 33 | EMPLOY OFFICE-NAME | DOTHAN POST OFFICE |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL 36301-9998 |
| 35 | DUTY STATION-FIN NO | 01-2490 |
| 36 | DUTY STATION-NAME | DOTHAN POST OFFICE |
| 37 | APPT EXPIRATION DATE | 07-14-2004 |
| 38 | PROBATION EXPIR DATE | |

| | | |
|---|---|---|
| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 100 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-0063 |
| 52 | POSITION TITLE | MAIL PROCESSING CLK |
| 53 | LABOR DIST CODE | 4300 |
| 54 | DESIGNATION/ACTIVITY | 81/0 |
| 55 | POSITION TYPE | 8 - TRANSITIONAL |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

## SALARY INFORMATION

| | | |
|---|---|---|
| 59 | PAY RATE CODE | H - HOURLY |
| 60 | RATE SCHEDULE CODE | P - PS |
| 61 | GRADE/STEP | 05/ A |
| 62 | BASE SALARY | 12.87 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

## NATURE OF PERSONNEL ACTION

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | NATURE OF ACTION CODE | 398 | 78 | AUTHORITY | | | 39-USC Sect 1001 | | | | | |
| 79 | DESCRIPTION | CANCELLATION OF ACCESSION | 80 | CODE | | 81 | CODE | | 82 | CODE | | 83 | CODE |
| 84 | REMARKS | | | | | | | | | | | | |

CANCELS NOA 113 EFFECTIVE 2003-07-21.
USER ID = SD0068 - 2003-07-31.
CANCELLED TO CHANGE EFFECTIVE DATE OF REAPPOINTMENT ONLY
1 OF 2 ACTIONS.
07/31/2003 CDH

*had to correct effective do to 7-20-03 b/c would not get paid for 7-21-03*

| P5 | AUTHORIZATION | | | |
|---|---|---|---|---|
| | WILLIAM BROWN, VICE PRESIDENT AREA OPERATIONS-SOUTHEAST AREA | | | |

| 86 | PROCESSED DATE | 07-31-2003 |
|---|---|---|
| 87 | PERSONNEL OFFICE ID | TC83 |
| 88 | OPF LOCATION | DOTHAN POST OFFICE |

PS Form 50, November 1998 (Exception to Standard Form 50)     1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE


**UNITED STATES POSTAL SERVICE**

## Notification of Personnel Action

| 01 | EFFECTIVE DATE | 07-20-2003 | | 02 | SOCIAL SECURITY NUMBER | 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 |

### EMPLOYEE INFORMATION

| 03 | EMPLOYEE NAME-LAST | MCGRIFF |
| 04 | EMPLOYEE NAME-FIRST | DELORIS |
| 05 | EMPLOYEE NAME-MIDDLE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3487 ED TOLAR RD |
| 07 | MAILING ADDRESS-CITY | PANSEY |
| 08 | MAILING ADDRESS-STATE | AL |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-3139 |
| 10 | DATE OF BIRTH | 01-06-1960 |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | MINORITY | E - WHITE, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 07-20-2003 |
| 16 | ENTER ON DUTY DATE | 07-20-2003 |
| 17 | RETIREMENT COMP DATE | |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE |
| 20 | TSP SERVICE COMP DATE | |
| 21 | PRIOR CSRS SERVICE | |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 2 - FICA |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | A0 - Ineligible |
| 31 | SPECIAL BENEFITS | |

### POSITION INFORMATION

| 32 | EMPLOY OFFICE-FIN NO | 01-2490 |
| 33 | EMPLOY OFFICE-NAME | DOTHAN POST OFFICE |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL  36301-9998 |
| 35 | DUTY STATION-FIN NO | 01-2490 |
| 36 | DUTY STATION-NAME | DOTHAN POST OFFICE |
| 37 | APPT EXPIRATION DATE | 07-13-2004 |
| 38 | PROBATION EXPIR DATE | |

| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 100 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-0063 |
| 52 | POSITION TITLE | MAIL PROCESSING CLK |
| 53 | LABOR DIST CODE | 4300 |
| 54 | DESIGNATION/ACTIVITY | 81/0 |
| 55 | POSITION TYPE | 8 - TRANSITIONAL |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

### SALARY INFORMATION

| 59 | PAY RATE CODE | H - HOURLY |
| 60 | RATE SCHEDULE CODE | P - PS |
| 61 | GRADE/STEP | 05/A |
| 62 | BASE SALARY | 12.87 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

### NATURE OF PERSONNEL ACTION

| 77 | NATURE OF ACTION CODE | 113 | 78 | AUTHORITY | 39-USC Sect 1001 |
| 79 | DESCRIPTION | TEMPORARY APPOINTMENT NTE | 80 | CODE | 559 | 81 | CODE | | 82 | CODE | | 83 | CODE | |
| 84 | REMARKS | | | | |

NOT TO EXCEED                    07-13-2004
JOB SLOT 6464422
REAPPOINTED AS TE AT DOTHAN AL AFTER 6-DAY BREAK IN SERVICE
08/15/2003 CDH

| 85 | AUTHORIZATION WILLIAM BROWN, VICE PRESIDENT AREA OPERATIONS-SOUTHEAST AREA | | 86 | PROCESSED DATE | 08-15-2003 |
| | | | 87 | PERSONNEL OFFICE ID | TC83 |
| | | | 88 | OPF LOCATION | DOTHAN POST OFFICE |

PS Form 50, November 1998 (Exception to Standard Form 50)          1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



**UNITED STATES POSTAL SERVICE**

# Notification of Personnel Action

| 01 | EFFECTIVE DATE |
|---|---|
| | 07-14-2003 |

| 02 | SOCIAL SECURITY NUMBER |
|---|---|
| | 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 |

## EMPLOYEE INFORMATION

| | | |
|---|---|---|
| 03 | EMPLOYEE NAME-LAST | MCGRIFF |
| 04 | EMPLOYEE NAME-FIRST | DELORIS |
| 05 | EMPLOYEE NAME-MIDDLE | |
| 06 | MAILING ADDRESS-STREET/BOX/APT | 3487 ED TOLAR RD |
| 07 | MAILING ADDRESS-CITY | PANSEY |
| 08 | MAILING ADDRESS-STATE | AL |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-3139 |
| 10 | DATE OF BIRTH | 01-06-1960 |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | MINORITY | E - WHITE, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 07-20-2002 |
| 16 | ENTER ON DUTY DATE | 07-20-2002 |
| 17 | RETIREMENT COMP DATE | |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE |
| 20 | TSP SERVICE COMP DATE | |
| 21 | PRIOR CSRS SERVICE | |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 2 - FICA |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | A0 - Ineligible |
| 31 | SPECIAL BENEFITS | |

## POSITION INFORMATION

| | | |
|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 01-2490 |
| 33 | EMPLOY OFFICE-NAME | DOTHAN POST OFFICE |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL  36301-9998 |
| 35 | DUTY STATION-FIN NO | 01-2490 |
| 36 | DUTY STATION-NAME | DOTHAN POST OFFICE |
| 37 | APPT EXPIRATION DATE | 07-14-2003 |
| 38 | PROBATION EXPIR DATE | |

| | | |
|---|---|---|
| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 100 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-0063 |
| 52 | POSITION TITLE | MAIL PROCESSING CLK |
| 53 | LABOR DIST CODE | 4300 |
| 54 | DESIGNATION/ACTIVITY | 81/0 |
| 55 | POSITION TYPE | 8 - TRANSITIONAL |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

## SALARY INFORMATION

| | | |
|---|---|---|
| 59 | PAY RATE CODE | H - HOURLY |
| 60 | RATE SCHEDULE CODE | P - PS |
| 61 | GRADE/STEP | 05/ A |
| 62 | BASE SALARY | 12.87 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

## NATURE OF PERSONNEL ACTION

| | | |
|---|---|---|
| 77 | NATURE OF ACTION CODE | 352 |
| 79 | DESCRIPTION | TERMINATION-NONCAREER |
| 84 | REMARKS | |

| 78 | AUTHORITY | | | | 39-USC Sect 1001 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | CODE | 522 | 81 | CODE | 521 | 82 | CODE | | 83 | CODE | 681 |

LAST DAY IN PAY STATUS          4--03-07-1
SF-8 ISSUED                     4--03-07-1
EMPLOYEE MUST HAVE A 5-DAY BREAK IN SERVICE PRIOR TO BEGINNING A NEW
NON-CAREER APPOINTMENT WITH THE POSTAL SERVICE.

| 85 | AUTHORIZATION |
|---|---|
| | WILLIAM BROWN, VICE PRESIDENT |
| | AREA OPERATIONS-SOUTHEAST AREA |

| 86 | PROCESSED DATE | 07-16-2003 |
|---|---|---|
| 87 | PERSONNEL OFFICE ID | TC83 |
| 88 | OPF LOCATION | MONTGOMERY POST OFFICE |



**UNITED STATES POSTAL SERVICE**

# Notification of Personnel Action

| 01 | EFFECTIVE DATE | 10-15-2002 | | 02 | SOCIAL SECURITY NUMBER | 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 |

## EMPLOYEE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | MCGRIFF | | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | DELORIS | | 40 | PAY LOCATION | 100 |
| 05 | EMPLOYEE NAME-MIDDLE | | | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3487 ED TOLAR RD | | 42 | RURAL CARR-L-RTE ID | |
| | | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | PANSEY | | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | AL | | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-3139 | | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | 01-06-1960 | | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | | 48 | RURAL CARR-HOURS | 00 |
| 12 | SEX | F | | 49 | RURAL CARR-MILES | 000 |
| 13 | MINORITY | E - WHITE, NON-HISPANIC | | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | | 51 | OCCUPATION CODE | 2315-0063 |
| 15 | LEAVE COMP DATE | 07-20-2002 | | 52 | POSITION TITLE | MAIL PROCESSING CLK |
| 16 | ENTER ON DUTY DATE | 07-20-2002 | | 53 | FUNCTIONAL OPER NBR | 4300 |
| 17 | RETIREMENT COMP DATE | | | 54 | DESIGNATION/ACTIVITY | 81/0 |
| 18 | SERV ANNIVERSARY PPYR | | | 55 | POSITION TYPE | 8 - TRANSITIONAL |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE | | 56 | LIMIT HOURS | 00 |
| 20 | TSP SERVICE COMP DATE | | | 57 | ALLOWANCE CODE | |
| 21 | PRIOR CSRS SERVICE | | | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | | | **SALARY INFORMATION** | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP | | 59 | PAY RATE CODE | H - HOURLY |
| 24 | LEAVE DATA-CHG PPYR | | | 60 | RATE SCHEDULE CODE | P - PS |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO | | 61 | GRADE/STEP | 05/ A |
| 26 | CREDIT MILITARY SERV | | | 62 | BASE SALARY | 12.70 |
| 27 | RETIRED MILITARY | | | 63 | COLA | |
| 28 | RETIREMENT PLAN | 2 - FICA | | 64 | COLA ROLL-IN IND | |
| 29 | EMPLOYEE STATUS | | | 65 | NEXT STEP PPYR | |
| 30 | LIFE INSURANCE | A0 - Ineligible | | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | | 67 | MERIT LUMP SUM | |
| | **POSITION INFORMATION** | | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | 01-2490 | | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | DOTHAN POST OFFICE | | 70 | PROTECTED GRADE/STEP | |
| | | | | 71 | EXPIRATION PPYR | |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL 36301-9998 | | 72 | PROTECTED RC HOURS | |
| | | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 01-2490 | | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | DOTHAN POST OFFICE | | 75 | ANNUITY AMOUNT | |
| 37 | APPT EXPIRATION DATE | 07-14-2003 | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | | |

## NATURE OF PERSONNEL ACTION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | NATURE OF ACTION CODE | 002 | | 78 | AUTHORITY | | 39-USC Sect 1001 | | | |
| 79 | DESCRIPTION | CORRECTION | | 80 | CODE | 81 CODE | 82 CODE | 83 CODE | | |
| 84 | REMARKS | | | | | | | | | |

THIS ACTION CHANGES OPF LOCATION TO READ "AE970000".
SJM 10/15/02

| | | | | | |
|---|---|---|---|---|---|
| 85 | AUTHORIZATION WILLIAM BROWN, VICE PRESIDENT AREA OPERATIONS-SOUTHEAST AREA | | 86 | PROCESSED DATE | 10-15-2002 |
| | | | 87 | PERSONNEL OFFICE ID | TC83 |
| | | | 88 | OPF LOCATION | MONTGOMERY POST OFFICE |

PS Form **50**, November 1998 (Exception to Standard Form 50)        1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

**UNITED STATES POSTAL SERVICE**

# Notification of Personnel Action

| 01 | EFFECTIVE DATE |
|----|----|
| | 07-20-2002 |

| 02 | SOCIAL SECURITY NUMBER |
|----|----|
| | 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 |

## EMPLOYEE INFORMATION

| | | |
|----|----|----|
| 03 | EMPLOYEE NAME-LAST | MCGRIFF |
| 04 | EMPLOYEE NAME-FIRST | DELORIS |
| 05 | EMPLOYEE NAME-MIDDLE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3487 TOLAR RD |
| 07 | MAILING ADDRESS-CITY | PANSEY |
| 08 | MAILING ADDRESS-STATE | AL |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-0000 |
| 10 | DATE OF BIRTH | 01-06-1960 |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | MINORITY | E - WHITE, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 07-20-2002 |
| 16 | ENTER ON DUTY DATE | 07-20-2002 |
| 17 | RETIREMENT COMP DATE | |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE |
| 20 | TSP SERVICE COMP DATE | |
| 21 | PRIOR CSRS SERVICE | |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 2 - FICA |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | A0 - Ineligible |
| 31 | SPECIAL BENEFITS | |

## POSITION INFORMATION

| | | |
|----|----|----|
| 32 | EMPLOY OFFICE-FIN NO | 01-2490 |
| 33 | EMPLOY OFFICE-NAME | DOTHAN POST OFFICE |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL  36301-9998 |
| 35 | DUTY STATION-FIN NO | 01-2490 |
| 36 | DUTY STATION-NAME | DOTHAN POST OFFICE |
| 37 | APPT EXPIRATION DATE | 07-14-2003 |
| 38 | PROBATION EXPIR DATE | |

| | | |
|----|----|----|
| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 100 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-04XX |
| 52 | POSITION TITLE | DIST CLK |
| 53 | FUNCTIONAL OPER NBR | 4300 |
| 54 | DESIGNATION/ACTIVITY | 81/0 |
| 55 | POSITION TYPE | 8 - TRANSITIONAL |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

## SALARY INFORMATION

| | | |
|----|----|----|
| 59 | PAY RATE CODE | H - HOURLY |
| 60 | RATE SCHEDULE CODE | P - PS |
| 61 | GRADE/STEP | 05/ A |
| 62 | BASE SALARY | 12.70 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

## NATURE OF PERSONNEL ACTION

| | | |
|----|----|----|
| 77 | NATURE OF ACTION CODE | 113 |
| 79 | DESCRIPTION | TEMPORARY APPOINTMENT NTE |

| 78 | AUTHORITY | | 39-USC Sect 1001 |
|----|----|----|----|
| 80 | CODE | 517 | 81 | CODE | | 82 | CODE | | 83 | CODE | |

| 84 | REMARKS |
|----|----|
| | PHYSICAL QUALIFICATIONS PREVIOUSLY ESTABLISHED. NEW MEDICAL CERTIFICATE NOT REQUIRED. REAPPOINTED TO JOB 6464422 AFTER REQUIRED BREAK IN SERVICE. 7/24/02 CA |

| 85 | AUTHORIZATION WILLIAM BROWN, VICE PRESIDENT AREA OPERATIONS-SOUTHEAST AREA |
|----|----|

| 86 | PROCESSED DATE | 07-24-2002 |
|----|----|----|
| 87 | PERSONNEL OFFICE ID | TC83 |
| 88 | OPF LOCATION | DOTHAN POST OFFICE |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

# American Postal Workers Union

Post Office Box 654
Dothan, Alabama 36302



MEMBER A.F.L-C.I.O.

APWU USE ONLY
UNION INVESTIGATION SUMMARY

Step I.
( ) Disciplinary Action _____ J. Robb _____
(X) Grievance          Steward
    Article (s) Violated _M.O.U - TRANSITIONAL EMPLOYEE_

Dothan,Al.Local APWU,AFL-CIO    Date _10/29/92_  Grievance # _12792-TR_

Craft _CLERK_

_A.P.W.U  CLASS  ACTION_
Grievant's Name        Soc. Sec. No.        Seniorty Date

Level____Step___Starting time___Tour___Life time sec.____Vet.____

off Days _____ Name of Supv. _W. ELLIOTT_ Step I Contact _____

Nature of grievance or appeal: MGMT VIOLATED M.O.U - TRANSITIONAL EMPLO
SINCE T.E. WAS NOT HIRED IN ACCORDANCE WITH T.E. AGREEMEN
IT IS OUR STAND EMPLOYEE WAS HIRED AS A ~~CAREER~~ EMPLOYEE.
                                              CAREER

Settlement Requested: CONVERT TRANS. EMPLOYEE TO CAREER STATU
RETRO TO DATE OF HIRE RECEIVING  FULL BENEFITS, SENIORITY
AND ANY AND ALL OTHER  ENTITLEMENTS AT THE APPROPIATE RA
Discussion notes& Immediate Supervisor's comments at step I:
_No contract violation_

_11-3-92_
Date answer received        Supervisor        (X) Denied ( ) Sustained

_____
Decision -Appealed to step 2  (date)

SEE STATEMENT REVERSE SIDE



**MONTGOMERY ALA. AREA LOCAL**

# American Postal Workers Union, AFL-CIO

P.O. Box 240815, Montgomery, Alabama 36124

October 26,1994

Tom Robb,Pres.
Dothan Area Local 332
P.O.Box 654
Dothan, Ala. 36302

Dear Tom:

Enclosed you will find copies of the Human Resources printout showing that clerk Vanessa V. Gordon was a T.E. with an expiration date of 3/29/94.

All the T.E.'s were allowed to take the postal exam. As a result of taking the exam, Vanessa V. Gordon was hired as a carrer employee with a seniority date of 2/5/94. Enclosed you will find a copy of the Human Resources printout verifying her seniority date and date of hire.

I hope this information will be helpful in your battle. If you have any more questions, please contact me.

In Union Solidarity,

Larry Weatherly,Pres.
MAAL/APWU

cc: Delores McGriff

```
AE97
R0025
DM      MONTGOMERY POST OFFICE
```

HUMAN RESOURCES INFORMATION SYSTEM
SENIORITY ROSTER

```
REQUESTED: 07/01/94 15:07:50
PRODUCED:  07/01/94 15:08:19
PAGE: 7
```

REQUESTED INSTALLATION: AE97 ALL
BIDDING INSTALLATION: AE97 MONTGOMERY POST OFFICE

- FULL TIME

CLERK

| CRAFT | EMPLOYEE NAME | EMPLOYEE ID | SENIORITY | RANK | |
|---|---|---|---|---|---|
| 283 | THOMPSON KARI A | 6009 | 06 02 90 | 1 | |
| 284 | SEAMON VICKI LYNN | 0454 | 08 25 90 | 4 | |
| 285 | FRANKLIN LISA DELANE | 1530 | 08 25 90 | 5 | |
| 286 | ACRE SHERRY MADISON | 4539 | 08 25 90 | 6 | |
| 287 | TULLIE CARLA MONIQUE | 8575 | 08 25 90 | 7 | |
| 288 | KURTH STEPHEN GLENN | 6021 | 08 25 90 | 8 | |
| 289 | WALKER GAYLIN FAY | 1395 | 09 08 90 | 1 | |
| 290 | SEYMOUR LEWIS ALBERT | 3580 | 09 08 90 | 2 | |
| 291 | COLE MELVIN FRANKLIN | 4978 | 09 08 90 | 4 | |
| 292 | ARRINGTON DAVID JR | 1334 | 09 21 90 | 1 | |
| 293 | FREE ALBERT R | 7186 | 09 21 90 | 2 | |
| 294 | MILLER FRANKLIN | 7577 | 11 03 90 | 1 | |
| 295 | WEST STEPHEN | 3629 | 01 02 91 | 2 | |
| 296 | ROTTON PRESCILLA LOUISE | 3632 | 01 02 91 | 2 | |
| 297 | BROUGHTON DEBORAH MATTHEW | 6853 | 01 02 91 | 2 | |
| 298 | WILSON TODD WAYNE | 7776 | 01 02 91 | 2 | |
| 299 | JOHNSON JEROME SADLER | 7849 | 01 02 91 | 5 | |
| 300 | WILSON DERREL DAYNE | 8929 | 01 02 91 | 7 | |
| 301 | PATTERSON CAROLYN ALAN | 5704 | 01 02 91 | 9 | |
| 302 | BUTLER GERRELL KELLEY | 3396 | 01 02 91 | 10 | |
| 303 | HARRIS REGINALD W | 4194 | 01 02 91 | 11 | |
| 304 | BRAGG TODD | 7541 | 01 26 91 | 12 | |
| 305 | BOOKER BRYAN W | 7682 | 02 23 91 | 1 | |
| 306 | REGISTER LINDA | 3148 | 03 09 91 | 1 | |
| 307 | WRIGHT JERRI | 9055 | 03 09 91 | 4 | FSMQ |
| 308 | JOHNSON VIRGINIA HOBBIE | 3206 | 03 09 91 | 5 | |
| 309 | TOLLIVER VALERIE C | 6293 | 03 09 91 | 6 | |
| 310 | TUCK SANDRA L | 7743 | 03 09 91 | 7 | |
| 311 | GRIMES CAROL L | 1997 | 03 09 91 | 8 | |
| 312 | ARETZ DORIS M | 9916 | 03 09 91 | 9 | |
| 313 | WILSON KATIE MARLENE | 5677 | 03 09 91 | 10 | |
| 314 | ALEXANDER ELLEN M | 8084 | 04 06 91 | 1 | |
| 315 | ROBISON JANE ROGERS | 7689 | 04 06 91 | 3 | FSMQ |
| 316 | GRAYSON DEBORAH G | 5160 | 04 06 91 | 4 | FSMQ |
| 317 | GREGORY SARA J | 9851 | 04 20 91 | 6 | FSMQ |
| 318 | BROOKS SHELIA E | 5023 | 05 02 92 | 1 | |
| 319 | BROOKS GWEN J | 7318 | 07 25 92 | 1 | |
| 320 | PALMER STEVE M | 8354 | 08 08 92 | 1 | |
| 321 | PARRISH CLAUDIA J | 5258 | 03 06 93 | 1 | |
| 322 | DENSON STEPHEN | 6092 | 03 06 93 | 1 | |
| 323 | GRIMES VALERIA B | 9041 | 03 20 93 | 2 | |
| 324 | WASHINGTON JAMES B | 7148 | 03 06 93 | 1 | FSMQ |
| 325 | PATTERSON ROY D | 2012 | 07 10 93 | 1 | |
| 326 | MAYS IRILMOSKOMAZ | 0366 | 12 11 93 | 1 | |
| 327 | GORDON GLORIA ROSALEY | 2363 | 01 08 94 | 2 | |
| 328 | SMITH LILLIE V A | 8830 | 02 05 94 | 5 | |
| 329 | BROWN VANESSA G | 8519 | 03 19 94 | 1 | |

```
AE97   MONTGOMERY POST OFFICE
R0855                                    HUMAN RESOURCES INFORMATION SYSTEM                            PAGE:     5
DM             LIST OF EMPLOYEES BY DES/ACT WITHIN PAY LOCATION                    REQUESTED: 04/16/93 10:29:03
                                                                                  PRODUCED:  04/16/93 10:48:09

                                 INSTALLATION: TA77      MONTGOMERY PROC/DIST CTR

                                    *** USPS RESTRICTED INFORMATION ***

PAY LOCATION: 354    CLERK MPLSM PTF

EMPLOYEE NAME

                         EMPLOYEE ID     JOB ID    OCC CODE    D/A  LV ST   SALARY    APP EXPIR DATE

BICKHAM   CARLOS         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     6643393   2315I7XX    810  05  A    10.29     03-19-94

DIXON     ALBERT    N    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     6643389   2315I7XX    810  05  A    10.29     03-13-94

FLOYD     TAMLA     R    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     6654169   2315I7XX    810  05  A    10.29     04-05-94

GORDON    VANESSA   V    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     6654166   2315I7XX    810  05  A    10.29     03-29-94

HUNTLEY   DERRIN    D    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     6654167   2315I7XX    810  05  A    10.29     04-05-94

NEWTON    RENE      M    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     6643386   2315I7XX    810  05  A    10.29     03-13-94

SETTLER   SAVANNAH       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     6654169   2315I7XX    810  05  A    10.29     03-29-94

TOWNSEND  MARCUS    P    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     6654171   2315I7XX    810  05  A    10.29     04-05-94

WILLIS    SHUNDA    S    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     6654165   2315I7XX    810  05  A    10.29     03-29-94

          EMPLOYEE TOTAL:  10


                           ***************************************
                           ****             END OF REPORT  R0855          ****
                           ***************************************
```

| U. S. Postal Service **ROUTING SLIP** | Dept., Office or Room No. | ☐ Approval |
|---|---|---|
| | | ☐ Signature |
| **To:** 1  *Tom Robb* | | ☐ Comment |
| | | ☐ See Me |
| 2 | | ☐ As Requested |
| | | ☐ Information |
| 3 | | ☐ Read and Return |
| | | ☐ Read and File |
| 4 | | ☐ Necessary Action |
| | | ☐ Investigate |
| 5 | | ☐ Recommendation |
| **From:** *Barry Ferguson* | | ☐ Prepare Reply |
| | | ☐ |
| | | Extension |
| **Date** 10/27/94 | | Room No. |

**Remarks:**

Vanessa Gordon was hired from 4 PT work sheet (hiring register) Montgomery IS on was below their CP Veterans. Her score was very high.

ITEM 0-13, Aug. 1976     (Additional Remarks on Reverse)

GPO : 1992 0 – 92 – 318–470

rie Springer,

EEO Office
Carrie Springer
351 24ᵗʰ St. N.
Birmingham, AL. 35203 - 9411

7001 1940 0000 1881 1746

CERTIFIED MAIL



RETURN RECEIPT REQUESTED

RECEIVED
OCT - 6 2004
MGR EEO
COMPLAINT PROCESSING









## NO AGREEMENT LETTER

Date: 26 Oct 0X
Mediator Case Number: 8536-009
USPS EEO Case Number: 4H-350-0162-0X
District: ALABAMA

DORIS McGRIFF and DORIS McGILL
*(Please print complainant's name)*  *(Please print management's name)*

appeared for their scheduled mediation on 26 Oct 200X .

The session was held at DOTHAN, AL .

We appreciate their appearance, unfortunately, they were unable to resolve their dispute through this process.

JOANNE HALLMARK  Jeanne Hallmark  26 Oct 0X
*Mediator (Printed Name)*  *(Signature)*  *(Date)*



RECEIVED
OCT 27 2004
MGR EEO
COMPLAINT PROCESSING

EEO DISPUTE RESOLUTION
ALABAMA DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

Novermber 29, 2004

<p style="margin-left: 4em">7004 1350 0000 0179 6920<br>
**RETURN RECEIPT REQUESTED**<br>
**Deloris McGriff v. John E. Potter**<br>
**Postmaster General of the United States**<br>
**Case No.: 4H-350-0162-04**</p>

*EEO Pre-Complaint Counseling/Final Interview*

Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370-3139

Inquiries have been made into the allegations of discrimination you filed with this office. This notice will attest to the fact that on Novermber 29, 2004 (in writing per certified letter 7004 1350 0000 0179 6920) you were advised that no resolution could be reached concerning the allegation(s). Since the matters that you raised at the counseling stage have not been resolved, you have the right to file a formal complaint **within fifteen (15) calendar days** after receipt of this notice. The complaint must be in writing **(PS Form 2565)**, signed by you and mailed or delivered to **EEO Dispute Resolutions, 351 24th Street North, Birmingham, AL 35203-9411.** Refer to the reverse side of PS Form 2565 for additional instructions.

**Your formal complaint (PS Form 2565) must be submitted in person or postmarked within 15 calendar days of your receipt of this letter.**

An EEO complaint can be based only on discrimination because of race, color, religion, sex, national origin, age (40+), mental or physical disability, or reprisal for past EEO activity. In addition, courts have ruled that you, the complainant, have the burden of presenting evidence, which would give rise to an inference of discrimination.

A complaint must also contain the following information:

- Your name, address, position, and level;

- The specific action or matter complained of, its date, and the official(s) responsible. (Note: You cannot add matters which were not discussed during the counseling phase);

- The specific type of discrimination alleged, e.g., race-black, sex-female, etc.:

-  A brief statement of the facts which led you to believe you were the victim of discrimination, and the names of individuals whom you believe were treated differently than you;

- If you allege handicap discrimination, the alleged handicap must be more than just a temporary (e.g., less than one year) disability.

- If you allege reprisal, you must show a connection between the action you are complaining about and your past EEO activity, and that management was aware of your past EEO activity when it took that action.

The second form enclosed in this package is **PS Form 2579-A, Notice of Right to File Individual Complaint.** Read this form over very carefully, sign the form and mail the top copy back to Alabama

District and retain the second copy for yourself. The address annotated on this form is the mailing address you are to use when filing your formal complaint.

**PENALTY ENVELOPES ARE NOT TO BE USED BY THE COMPLAINANT WHEN CORRESPONDENCE IS REQUIRED CONCERNING THIS EEO COMPLAINT.**

If you have any additional questions please call me at 205-521-0264.


Sincerely,

Virginia H. Files
EEO Dispute Resolution
Alabama District

Enclosures:    PS Form 2579-A
               PS Form 2565

Cc:  Earl Dawson
     218 Maple Street
     Daleville, AL 36322-2240



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delons McGriff
3487 Ed Tolar Rd
Pansey, AL 36370-3139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deloris McKinzo_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Deloris McKinzo    12-1-04

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0000 0179 6920

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

7004 1350 0000 0179 6920

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $

Postmark
Here

Sent To
Delons McGriff
Street, Apt. No.;
or PO Box No.    3487 Ed Tolar Rd
City, State, ZIP+4    Pansey, AL 36370-3139

PS Form 3800, June 2002    See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE** ®

## EEO Complaint of Discrimination in the Postal Service
(See Instructions and Privacy Act Statement on Reverse)

| 1. Name **Deloris McGriff** | 2. SSN 42 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 | 3. Case No. **4H-350-0162-04** |
|---|---|---|

| 4a. Mailing Address (Street or P.O. Box) 3487 Ed Tolar Rd | 4b. City, State, and Zip + 4 Pansey, Al. 36370 |
|---|---|

| 5. Email Address * | 6. Home Phone (334) 899-7270 | 7. Work Phone (334) 794-8568 |
|---|---|---|

| 8. Position Title (USPS Employees Only) Distribution Clerk | 9. Grade Level (USPS Employees Only) 05 | 10. Do You Have Veteran's Preference Eligibility ☐ Yes ☑ No |
|---|---|---|

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) Montgomery Post office Montgomery, Al. 36119 | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory Deloris McGill Human Resorce Specialist |
|---|---|

| 13a. Name of Your Designated Representative Earl Dawson | 13b. Title Union official |
|---|---|

| 13c. Mailing Address (Street or P.O. Box) 218 Maple St. | 13d. City, State, and ZIP + 4 Dakville, Al. 36322 |
|---|---|

| 13e. Email Address * | 13f. Home Phone (334) 598-8134 | 13g. Work Phone (334) 794-8568 |
|---|---|---|

* Providing this information will authorize the Postal Service to send important documents electronically.

| 14. Type of Discrimination You Are Alleging | | 15. Date on Which Alleged Act(s) of Discrimination Took Place |
|---|---|---|
| ☐ Race (Specify): | ☐ Sex (Specify): | June 8, 2004 |
| ☐ Color (Specify): | ☐ Age (40+) (Specify): | |
| ☐ Religion (Specify): | ☐ Retaliation (Specify Prior EEO Activity): | |
| ☐ National Origin (Specify): | ☑ Disability (Specify): Disparate Treatment | |

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d)*

HRS Deloris McGill refuged to take my name off Montgomery register after requesting in writing that my name be removed. Wanted my name placed on Dothan hiring worksheet.

17. What Remedy Are You Seeking to Resolve this Complaint?

Convert to full time regular with Seniority Date in Service
All benefits Including retirement benefits
Back Pay

| 18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator? ☑ Yes (Date you received the Notice of Final Interview): ☐ No  Nov. 30, 2004 | **RECEIVED** DEC. 9 2004  MGR EEO COMPLAINT PROCESSING |
|---|---|

| 19a. Signature of Dispute Resolution Specialist Virginia H Files | 19b Date |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney Deloris McGriff | 21. Date of this Complaint 12-7-04 |
|---|---|

PS Form **2565**, March 2001 (Page 1 of 2)

Deloris McGriff
3487 Ed Tolar Rd
Ramsey, AL. 36370

CERTIFIED MAIL

7000 0520 0013 6361 1566

EEO
351 24th St. N.
Birmingham, AL. 35203 - 9411

35203+3856

MONTGOMERY AL 351
07 DEC 04
PM

UNITED STATES
POSTAL SERVICE

RECEIVE
DEC. 9 2004
MGR EEO
COMPLAINT PROCESSING

U.S. POSTAGE
PAID
ASHFORD, AL
DEC 07 '04
$4.42
AMOUNT
0007559B-02



**UNITED STATES POSTAL SERVICE**

## Notification of Personnel Action

| 01 | EFFECTIVE DATE | 02 | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | 07-14-2004 | | 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 |

### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | MCGRIFF | |
| 04 | EMPLOYEE NAME-FIRST | DELORIS | |
| 05 | EMPLOYEE NAME-MIDDLE | | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3487 ED TOLAR RD | |
| 07 | MAILING ADDRESS-CITY | PANSEY | |
| 08 | MAILING ADDRESS-STATE | AL | |
| 09 | MAILING ADDRESS-ZIP+4 | 36370-3139 | |
| 10 | DATE OF BIRTH | 01-06-1960 | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | |
| 12 | SEX | F | |
| 13 | MINORITY | E - WHITE, NON-HISPANIC | |
| 14 | DISABILITY | 05 | |
| 15 | LEAVE COMP DATE | 07-14-2004 | |
| 16 | ENTER ON DUTY DATE | 07-14-2004 | |
| 17 | RETIREMENT COMP DATE | | |
| 18 | SERV ANNIVERSARY PPYR | | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE | |
| 20 | TSP SERVICE COMP DATE | | |
| 21 | PRIOR CSRS SERVICE | | |
| 22 | FROZEN CSRS TIME | | |
| 23 | LEAVE DATA-CATEGORY | 4 - HOURS/PP | |
| 24 | LEAVE DATA-CHG PPYR | | |
| 25 | LEAVE DATA-TYPE | 2 - EARN AS YOU GO | |
| 26 | CREDIT MILITARY SERV | | |
| 27 | RETIRED MILITARY | | |
| 28 | RETIREMENT PLAN | 2 - FICA | |
| 29 | EMPLOYEE STATUS | | |
| 30 | LIFE INSURANCE | A0 - Ineligible | |
| 31 | SPECIAL BENEFITS | | |

### POSITION INFORMATION

| | | | |
|---|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 01-2490 | |
| 33 | EMPLOY OFFICE-NAME | DOTHAN PO | |
| 34 | EMPLOY OFFICE-ADDRESS | DOTHAN AL 36302-9998 | |
| 35 | DUTY STATION-FIN NO | 01-2490 | |
| 36 | DUTY STATION-NAME | DOTHAN PO | |
| 37 | APPT EXPIRATION DATE | 07-08-2005 | |
| 38 | PROBATION EXPIR DATE | | |

| | | | |
|---|---|---|---|
| 39 | FLSA STATUS | N - NON-EXEMPT | |
| 40 | PAY LOCATION | 100 | |
| 41 | RURAL CARRIER-ROUTE | | |
| 42 | RURAL CARR-L-RTE ID | | |
| 43 | RURAL CARR-PAY TYPE | | |
| 44 | RURAL CARR-TRI-WEEKLY | | |
| 45 | RURAL CARR-FLSA | | |
| 46 | RURAL CARR-COMMIT | | |
| 47 | RURAL CARR-EMA | | |
| 48 | RURAL CARR-HOURS | 00 | |
| 49 | RURAL CARR-MILES | 000 | |
| 50 | JOB SEQUENCE | 1 | |
| 51 | OCCUPATION CODE | 2315-0063 | |
| 52 | POSITION TITLE | MAIL PROCESSING CLK | |
| 53 | LABOR DIST CODE | 4300 | |
| 54 | DESIGNATION/ACTIVITY | 81/0 | |
| 55 | POSITION TYPE | 8 - TRANSITIONAL | |
| 56 | LIMIT HOURS | 00 | |
| 57 | ALLOWANCE CODE | | |
| 58 | EMPLOYMENT TYPE | | |

### SALARY INFORMATION

| | | | |
|---|---|---|---|
| 59 | PAY RATE CODE | H - HOURLY | |
| 60 | RATE SCHEDULE CODE | P - PS | |
| 61 | GRADE/STEP | 05/ A | |
| 62 | BASE SALARY | 13.04 | |
| 63 | COLA | | |
| 64 | COLA ROLL-IN IND | | |
| 65 | NEXT STEP PPYR | | |
| 66 | MERIT ANNIV DATE | | |
| 67 | MERIT LUMP SUM | | |
| 68 | SPECIAL SALARY CODE | | |
| 69 | PROTECTED RSC | | |
| 70 | PROTECTED GRADE/STEP | | |
| 71 | EXPIRATION PPYR | | |
| 72 | PROTECTED RC HOURS | | |
| 73 | PROTECTED RC MILES | | |
| 74 | RC GUARANTEED SALARY | | |
| 75 | ANNUITY AMOUNT | | |
| 76 | RED CIRCLE CODE | 0 | |

### NATURE OF PERSONNEL ACTION

| 77 | NATURE OF ACTION CODE | 113 | 78 | AUTHORITY | | | | 39-USC Sect 1001 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | DESCRIPTION | TEMPORARY APPOINTMENT NTE | 80 | CODE | 81 | CODE | 82 | CODE | 83 | CODE |
| 84 | REMARKS | | | | | | | | | |

REAPPOINTED AS TE AFTER 6 DAY BREAK
JOB 6464422
TM 7/14/04

| 85 | AUTHORIZATION WILLIAM BROWN, VICE PRESIDENT AREA OPERATIONS-SOUTHEAST AREA | 86 | PROCESSED DATE | 07-15-2004 |
|---|---|---|---|---|
| | | 87 | PERSONNEL OFFICE ID | TC83 |
| | | 88 | OPF LOCATION | DOTHAN POST OFFICE |

PS Form **50**, November 1998 (Exception to Standard Form 50)    1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

UNITED STATES POSTAL SERVICE
CALL-IN NOTICE

DOTHAN POST OFFICE AL 36301-9998
   TELEPHONE: (334) 794-8567
NOTICE DATE: 01-06-05
   HWS NO:   05-00017 HWS DATE: 01-06-05

ELIGIBLE ID: 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
        RATING: 89.80
VETERANS PREFERENCE:


          DELORIS MCGRIFF
          3487 ED TOLAR RD
          PANSEY AL 36370-3139


YOUR NAME HAS BEEN REACHED ON OUR REGISTER FOR EMPLOYMENT CONSIDERATION. WE WOULD LIKE TO INTERVIEW YOU
FOR THE FOLLOWING POSITION:

          SALES,SVCS/DISTRIBUTION ASSOC  PART-TIME FLEXIBLE
          P     05, STEP A,   $16.65 PER HOUR.
          BRING THE FOLLOWING WITH YOU TO THE INTERVIEW: DRIVERS
          LICENSE, SOCIAL SECURITY CARD, DRIVING ABSTRACT OBTAINED
          FROM THE DEPT OF PUBLIC SAFETY.  IF VETERAN BRING DD 214
          & VA RATING DECISION (IF DISABLED). MUST HAVE REQUIRED
          DOCUMENTS TO BE INTERVIEWED.

THIS NOTICE IS NOT AN OFFER OF EMPLOYMENT.  DO NOT RESIGN FROM YOUR PRESENT POSITION AT THIS TIME.

          REPORT FOR INTERVIEW: 01-13-05   AT 10:00 AM
          REPORT TO: DOTHAN POST OFFICE
                     379 N OATES ST
                     DOTHAN AL  36302


BRING THIS NOTICE, RECORD OF MILITARY SERVICE (DD214), SOCIAL SECURITY CARD AND THE ENCLOSED FORM(S)
PROPERLY COMPLETED TO YOUR INTERVIEW.  INCLUDE ZIP CODE ON ALL ADDRESSES.  IF YOU WISH
TO DECLINE THIS POSITION, COMPLETE THE ATTACHED "DECLINATION STATEMENT" AND RETURN TO THE POST OFFICE.
FAILURE TO REPORT OR RESPOND WILL REMOVE YOUR NAME FROM ALL REGISTERS LISTED ON THE NEXT PAGE.

THE COLLECTION OF THIS INFORMATION IS AUTHORIZED BY 39 USC 401.1001.  AS A ROUTINE USE, THIS INFORMATION MAY
BE DISCLOSED TO AN APPROPRIATE LAW ENFORCEMENT AGENCY FOR INVESTIGATIVE OR PROSECUTIVE PURPOSES, TO A
CONGRESSIONAL OFFICE AT YOUR REQUEST, TO OMB FOR REVIEW OF PRIVATE RELIEF LEGISLATION, TO ANY AGENCY WHERE
RELEVANT TO HIRING, CONTRACTING, OR LICENSING, TO A LABOR ORGANIZATION AS REQUIRED BY THE NLRA, TO THE EEOC
WHEN INVESTIGATING AN EEO COMPLAINT, AND WHERE PERTINENT, IN A LEGAL PROCEEDING TO WHICH THE USPS IS A
PARTY.


BARRE PAYNE
POSTMASTER


*794-1032 (FAX #)*