RECEIVED

2005 MAY 16 A 9:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

May 11, 2005

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P. O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

1:05cv447-F

Dear Sir/Madam,

I am requesting the Court to appoint an attorney to represent me in this complaint.

Thank you,

Deloris McGriff