IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS MCGRIFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV447-F |
| | ) |
| JOHN E. POTTER, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Now pending before the court is the May 16, 2005, motion to proceed *in forma pauperis* (doc. # 2) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED. It is further

ORDERED that on or before June 10, 2005 the plaintiff shall pay the $250.00 filing fee to the Clerk of the Court or this case shall be dismissed.

Done this 23rd day of May, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE