IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DELORIS MCGRIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05CV447-F |
| | ) | WO |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Now pending before the court is the May 16, 2005, motion to appoint counsel (doc. # 3) filed by the plaintiff. Upon consideration of the motion and upon the court's review of the complaint filed in this case, the court concludes that this case does not present exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner, which justify the appointment of counsel. Accordingly, it is

ORDERED that the motion be and is hereby denied.

Done this 23rd day of May, 2005.

                    /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE