AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  MIDDLE  | District of |  ALABAMA  |

Deloris McGriff

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter
Postmaster General

CASE NUMBER:   1:05cv447-F

TO: (Name and address of Defendant)

John E. Porter
Post Master General
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC  20260-0010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                                 6/9/05
CLERK                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

Deloris McGriff

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter
Postmaster General

CASE NUMBER:   1:05cv447-F

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney's Office
ATTN: Civil Process Clerk
PO Box 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                  6/9/05
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Deloris McGriff

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter
Postmaster General

CASE NUMBER: 1:05cv447-F

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
10th and Constitutional Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deloris McGriff
3487 Ed Tolar Road
Pansey, AL 36370

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                  6/9/05
CLERK                                             DATE

(By) DEPUTY CLERK