**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nancy ____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
Nancy Tam

C. Date of Delivery
6 05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Leura Garrett Canary
US Attorney's Office
ATTN: Civil Process Clerk
PO Box 197
Montgomery, AL  36101-0197

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7004 2510 0001 0150 5153    dC 05-447

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540