| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): JMG    C. Date of Delivery: 6/13/05 |
| 1. Article Addressed to:<br><br>John E. Porter<br>Post Master General<br>U.S. Postal Service<br>475 L'Enfant Plaza, SW<br>Washington, DC  20260-0010 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☑ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number: 7004 2510 0001 0150 5146 | S&C 05-447 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540