IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DELORIS McGRIFF,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05-cv-447-F ) |
| **JOHN E. POTTER,** Postmaster General, United States Postal Service, | ) ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves to dismiss this lawsuit pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant shows that Plaintiff's claims are barred, as a matter of law, due to her failure to timely and fully exhaust her administrative remedies.

A memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, Defendant's Motion is due to be and should be granted, this matter should be dismissed with prejudice, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 9th day of August, 2005.

LEURA G. CANARY
United States Attorney

By: s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: james.dubois2@usdoj.gov

OF COUNSEL:

GILLIAN STEINHAUER
Attorney
Law Department
United States Postal Service
225 N. Humphreys Blvd.
Memphis, TN 38166-0170
(901) 747-7350
Fax: (901) 747-7371

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served a copy of the foregoing Motion to Dismiss upon Plaintiff at her address of record, 3487 Ed Tolar Road, Pansey, Alabama 36370, by mailing a copy of same, first class, postage prepaid, on this 9th day of August, 2005.


                                   s/James J. DuBois
                                   Assistant United States Attorney