IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS MCGRIFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv447-F |
| | ) |
| JOHN E. POTTER, | ) |
| Postmaster General, U.S. Postal Service, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to dismiss (doc. # 11). Upon consideration of the motion to dismiss, and for good cause, it is

ORDERED that on or before August 25, 2005, the plaintiff shall show cause why the defendant's motion to dismiss should not be granted by specifically addressing the defendant's assertions that the plaintiff's claims are due to be dismissed because she failed to exhaust her mandatory administrative remedies.

The plaintiff is advised that if she fails to respond to the defendant's motion to dismiss with specificity, the court will treat her failure to respond as an abandonment of the claims set forth in her complaint. The plaintiff is further cautioned that if she fails to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be dismissed.

Done this 11th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE