**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 25, 2005

## NOTICE OF DEFICIENCY

**To:   Deloris McGriff**
**From:   Clerk's Office**

**Case Style: Deloris McGriff  vs.  John E. Potter, Postmaster General, United States Postal Service**

**Case Number: 1:05cv447-F**

**Referenced Pleadings: Plaintiff's Response to the Defendant's Motion to Dismiss - Doc. No. 14**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain the Certificate of Service stating that the opposing side was served with same document filed in the clerk's office.  Please send corrected document with original certificate of service page.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**