IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS McGRIFF            ) | |
| ) | |
|    Plaintiff,            ) | |
| ) | |
| v.            ) | CIVIL ACTION NO.  1:05cv447-WKW |
| ) | (WO) |
| JOHN E. POTTER,            ) | |
| Postmaster General, United States            ) | |
| Postal Service            ) | |
| ) | |
|    Defendant.            ) | |

**O R D E R**

On September 6, 2005, the undersigned filed a Recommendation recommending that the defendant's motion to dismiss be denied. (Doc. # 16).  On September 13, 2005, the defendant filed objections to the Recommendation of the Magistrate Judge. (Doc. # 17). Upon consideration of the defendant's objections, and for good cause, it is,

ORDERED that the Recommendation entered on September 6, 2005, be and is hereby WITHDRAWN.

Done this 7th day of February, 2006.

                                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE