IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS McGRIFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-447-WKW |
| ) | (WO) |
| JOHN E. POTTER, ) | |
| *Postmaster General, United States* ) | |
| *Postal Service* ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby dismissed.

Done this the 13th day of March, 2006.

　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE